EXHIBIT A

US011006784B2

(12) **United States Patent**
Pamplin

(10) **Patent No.:** **US 11,006,784 B2**
(45) **Date of Patent:** *May 18, 2021

(54) **CORDLESS BLENDER**

(71) Applicant: **BlendJet Inc.**, Concord, CA (US)

(72) Inventor: **Ryan Michael Pamplin**, Oakland, CA (US)

(73) Assignee: **BlendJet Inc.**, Concord, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/003,588**

(22) Filed: **Aug. 26, 2020**

(65) **Prior Publication Data**

US 2020/0390286 A1   Dec. 17, 2020

**Related U.S. Application Data**

(63) Continuation of application No. 16/533,269, filed on Aug. 6, 2019, now Pat. No. 10,799,071, which is a continuation of application No. 16/237,183, filed on Dec. 31, 2018, now Pat. No. 10,383,482.

(51) **Int. Cl.**
  *A47J 43/07*          (2006.01)
  *H02J 7/00*           (2006.01)
  *A47J 43/08*          (2006.01)
  *A47J 43/046*         (2006.01)

(52) **U.S. Cl.**
  CPC ......... *A47J 43/0722* (2013.01); *A47J 43/046* (2013.01); *A47J 43/075* (2013.01); *A47J 43/0716* (2013.01); *A47J 43/0766* (2013.01); *A47J 43/085* (2013.01); *H02J 7/00* (2013.01); *H02J 7/0013* (2013.01); *H02J 7/0027* (2013.01)

(58) **Field of Classification Search**
  CPC .... A47J 43/0722; A47J 43/075; A47J 43/046; A47J 43/0766; A47J 43/085; A47J 43/0716; H02J 7/0013; H02J 7/00; H02J 7/0027; H02J 7/0044
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D123,477 S    11/1940  Fetman et al.
3,931,494 A  *  1/1976  Fisher ................. A47J 36/2461
                                                    219/441
(Continued)

FOREIGN PATENT DOCUMENTS

CN    201398891      2/2010
CN    101258964 B    7/2011
(Continued)

OTHER PUBLICATIONS

PCT International Search Report and Written Opinion, Application No. PCT/US19/63089, dated Feb. 19, 2020, dated 11 pages.
(Continued)

*Primary Examiner* — Tony G Soohoo
(74) *Attorney, Agent, or Firm* — Esplin & Associates, PC

(57) **ABSTRACT**

A portable and rechargeable blender is disclosed. Exemplary implementations may include a base assembly, a container assembly, and control circuitry. The base assembly may include a rechargeable battery configured to power an electrical motor such that, during blending by the blender, no power is supplied to the electrical motor from an external power source.

**13 Claims, 6 Drawing Sheets**



US 11,006,784 B2

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,095,090 A | * | 6/1978 | Pianezza ............ A47G 19/2288 |
| | | | 219/435 |
| 4,435,084 A | * | 3/1984 | Calhoun ................. B01F 7/162 |
| | | | 366/130 |
| 4,487,509 A | * | 12/1984 | Boyce .................. A47J 43/046 |
| | | | 366/199 |
| 4,629,131 A | | 12/1986 | Podell |
| 4,741,482 A | * | 5/1988 | Coggiola |
| 5,425,579 A | * | 6/1995 | Sampson ................. B01F 7/162 |
| | | | 366/130 |
| 5,639,161 A | * | 6/1997 | Sirianni ................. B01F 7/162 |
| | | | 366/205 |
| 5,720,552 A | | 2/1998 | Schindlegger |
| 5,911,504 A | | 6/1999 | Schindlegger, Jr. |
| D448,236 S | | 9/2001 | Murray |
| 6,331,070 B1 | | 12/2001 | Desai |
| 6,568,843 B1 | * | 5/2003 | Lai ..................... A47J 43/046 |
| | | | 241/37.5 |
| 6,614,206 B1 | * | 9/2003 | Wong .................. G06F 1/1632 |
| | | | 320/136 |
| 6,796,705 B1 | | 9/2004 | Khubani |
| 6,962,432 B1 | | 11/2005 | Hofeldt |
| D522,318 S | | 6/2006 | McGuyer |
| D548,523 S | | 8/2007 | Greenspon |
| D560,445 S | | 1/2008 | Tardif |
| 7,314,307 B2 | * | 1/2008 | Cai ..................... A47J 43/0465 |
| | | | 366/273 |
| 7,364,348 B1 | * | 4/2008 | Jones ................... A47J 43/042 |
| | | | 366/130 |
| 7,384,182 B2 | * | 6/2008 | Bhavnani ............ A47J 43/046 |
| | | | 366/130 |
| 7,422,362 B2 | * | 9/2008 | Sands ................. A47J 43/0716 |
| | | | 366/205 |
| D580,702 S | | 11/2008 | Holcomb |
| 7,518,343 B2 | * | 4/2009 | Veselic ................. G06F 1/266 |
| | | | 320/155 |
| 7,938,574 B2 | | 5/2011 | McGill |
| D686,869 S | | 7/2013 | Shoshan |
| 8,851,739 B2 | | 10/2014 | Gonzalez |
| 9,035,222 B2 | * | 5/2015 | Alexander ............ A47J 36/321 |
| | | | 219/432 |
| 9,039,274 B1 | * | 5/2015 | Corda .................. A47J 43/046 |
| | | | 366/199 |
| D731,242 S | | 6/2015 | Machovina |
| 9,134,020 B1 | | 9/2015 | Wells |
| 9,549,639 B2 | * | 1/2017 | Garr ................... A47J 43/1025 |
| D782,866 S | | 4/2017 | Suess |
| D793,803 S | | 8/2017 | Patel |
| 9,775,467 B2 | | 10/2017 | Sapire |
| 9,787,130 B2 | * | 10/2017 | Kim ..................... G06F 1/263 |
| 9,801,498 B2 | | 10/2017 | Fach |
| 9,814,331 B2 | * | 11/2017 | Alexander .......... A47J 27/21083 |
| 9,839,326 B2 | | 12/2017 | Sapire |
| D815,486 S | | 4/2018 | Suess |
| 10,010,213 B2 | * | 7/2018 | Alexander .......... A47J 27/21083 |
| D829,042 S | | 9/2018 | Duan |
| D836,385 S | | 12/2018 | Arzunyan |
| 10,143,980 B1 | * | 12/2018 | Marko ................. B01F 7/00325 |
| 10,188,229 B2 | * | 1/2019 | Alexander .......... A47J 41/0044 |
| D842,020 S | | 3/2019 | Augustyn |
| 10,299,629 B2 | | 5/2019 | Bascom |
| 10,299,632 B2 | | 5/2019 | Vu |
| 10,362,903 B2 | * | 7/2019 | Mizrahi ............... A47J 43/042 |
| D856,083 S | | 8/2019 | Lawson-Shanks |
| 10,383,482 B1 | * | 8/2019 | Pamplin ............. A47J 43/0766 |
| 10,391,461 B2 | * | 8/2019 | Alfoudari ............ B01F 7/162 |
| D867,806 S | | 11/2019 | Bodum |
| D867,807 S | | 11/2019 | Bodum |
| D871,831 S | | 1/2020 | Liu |
| D873,601 S | | 1/2020 | Sirju |
| 10,617,260 B2 | | 4/2020 | Sapire |
| 10,702,837 B1 | * | 7/2020 | Pamplin ............. B01F 13/002 |
| D895,348 S | | 9/2020 | Vignau-Lous |
| D896,566 S | | 9/2020 | Wang |

| | | | |
|---|---|---|---|
| 10,792,630 B1 | | 10/2020 | Pamplin |
| 10,799,071 B2 | * | 10/2020 | Pamplin ................. A47J 43/046 |
| D900,530 S | | 11/2020 | Kim |
| 10,828,612 B1 | | 11/2020 | Pamplin |
| D903,400 S | | 12/2020 | Li |
| D904,822 S | | 12/2020 | Koszylko |
| D905,494 S | | 12/2020 | Pataki |
| D905,496 S | | 12/2020 | Pamplin |
| D908,428 S | | 1/2021 | Pamplin |
| D911,107 S | | 2/2021 | Pamplin |
| 2001/0036124 A1 | * | 11/2001 | Rubenstein .......... A47J 31/005 |
| | | | 366/205 |
| 2002/0117566 A1 | | 8/2002 | Cheng |
| 2002/0141286 A1 | | 10/2002 | Wulf |
| 2007/0182367 A1 | | 8/2007 | Partovi |
| 2007/0209528 A1 | * | 9/2007 | Chang .................. A47J 19/027 |
| | | | 99/511 |
| 2007/0290555 A1 | * | 12/2007 | Caren ................ H02J 2207/40 |
| | | | 307/31 |
| 2008/0217284 A1 | * | 9/2008 | Roth ................... B65D 77/283 |
| | | | 215/229 |
| 2008/0259722 A1 | * | 10/2008 | Sanford ............. A47J 43/0722 |
| | | | 366/205 |
| 2008/0265838 A1 | * | 10/2008 | Garg ................... H02J 7/00 |
| | | | 320/115 |
| 2010/0005977 A1 | * | 1/2010 | Menashes .......... A47J 43/0711 |
| | | | 99/510 |
| 2010/0301808 A1 | * | 12/2010 | David .................. H02J 7/32 |
| | | | 320/138 |
| 2011/0024537 A1 | | 2/2011 | Gonzalez |
| 2011/0248108 A1 | * | 10/2011 | Carriere ............. A47J 43/0772 |
| | | | 241/33 |
| 2012/0167781 A1 | | 7/2012 | Lane |
| 2013/0010568 A1 | * | 1/2013 | Bodum .............. A47J 43/105 |
| | | | 366/130 |
| 2013/0222991 A1 | * | 8/2013 | McWilliams ......... G06F 1/1632 |
| | | | 361/679.4 |
| 2014/0247686 A1 | | 9/2014 | Arnett |
| 2014/0301155 A1 | * | 10/2014 | Montgomery ........ A47J 43/0716 |
| | | | 366/142 |
| 2015/0117137 A1 | | 4/2015 | Haney |
| 2015/0165402 A1 | | 6/2015 | King |
| 2015/0283037 A1 | * | 10/2015 | Trejo ................... A61J 9/00 |
| | | | 215/11.1 |
| 2015/0374175 A1 | | 12/2015 | Garr |
| 2016/0235243 A1 | * | 8/2016 | Grassia .............. A47J 31/4489 |
| 2016/0354740 A1 | * | 12/2016 | Gonzalez ............ B01F 7/00583 |
| 2017/0104297 A1 | * | 4/2017 | Scott .................. H01R 13/6675 |
| 2017/0110898 A1 | * | 4/2017 | Kyriakoulis ......... H02J 7/0047 |
| 2018/0028991 A1 | | 2/2018 | Brotzki |
| 2018/0146826 A1 | | 5/2018 | Mizrahi |
| 2018/0160855 A1 | | 6/2018 | Krivos |
| 2018/0221836 A1 | | 8/2018 | Ni |
| 2019/0000275 A1 | | 1/2019 | Sapire |
| 2019/0082893 A1 | | 3/2019 | Faulkner-Edwards |
| 2019/0365156 A1 | | 12/2019 | Vu |
| 2020/0061557 A1 | | 2/2020 | Bertsch |
| 2020/0205615 A1 | | 7/2020 | Pamplin |
| 2020/0390286 A1 | | 12/2020 | Pamplin |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 102949118 A | 3/2013 |
| CN | 103841867 A | 6/2014 |
| CN | 104040176 A | 10/2014 |
| CN | 104383455 A | 3/2015 |
| CN | 104473576 A | 4/2015 |
| CN | 104808545 A | 7/2015 |
| CN | 204467878 U | 7/2015 |
| CN | 204520400 | 8/2015 |
| CN | 205006717 U | 2/2016 |
| CN | 105615698 A | 6/2016 |
| CN | 207194642 U | 4/2018 |
| CN | 207444802 U | 6/2018 |
| CN | 207768224 U | 8/2018 |
| CN | 304785260 S | 8/2018 |
| CN | 107080417 B | 10/2018 |
| CN | 209147461 U | 7/2019 |

**US 11,006,784 B2**

Page 3

(56)             **References Cited**

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 210354282 | 4/2020 |
| GB | 2506926 | 4/2014 |
| WO | 2017157965 | 9/2017 |

OTHER PUBLICATIONS

ECPURCHASE Portable Blender USB Rechargeable. Date First Available on Amazon.com May 7, 2018. https://www.amazon.com/Portable-Blender-Rechargeable-Single-Personal/dp/B07CXM3CC3/. (Year: 2018) (1 page).
PCT International Search Report, International Application No. PCT/US2020/054447, dated Oct. 29, 2020, 7 pages.
PCT International Search Report and Written Opinion, Application No. PCT PCT/US2020/054471, dated Jan. 5, 2021 (8 pages).

* cited by examiner

**U.S. Patent**     May 18, 2021     Sheet 1 of 6     **US 11,006,784 B2**



*Fig. 1*

**U.S. Patent**    May 18, 2021    Sheet 2 of 6    US 11,006,784 B2



*Fig. 2*

**U.S. Patent**         May 18, 2021         Sheet 3 of 6         **US 11,006,784 B2**



Distal end 22

Cap 24

Coupling 24a

Filter 27

Container body 20

Carrying strap 3

Proximal end 21

Container Assembly 12

Mechanical coupling 26

*Fig. 3*



Opening 20b

Threaded coupling 20a

Container body 20

Make sure to tighten the base and the body

This arrow ▽ line up with switch

*Fig. 4*

**U.S. Patent**     May 18, 2021     Sheet 5 of 6     US 11,006,784 B2



*Fig. 5*



*Fig. 6*

U.S. Patent        May 18, 2021        Sheet 6 of 6        US 11,006,784 B2



*Fig. 7*

US 11,006,784 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**CORDLESS BLENDER**

FIELD OF THE DISCLOSURE

The present disclosure relates to a portable and rechargeable blender.

BACKGROUND

Blenders are known, typically as consumer-grade home appliances. Rechargeable batteries are known.

SUMMARY

One aspect of the present disclosure relates to a portable and rechargeable blender configured to blend foodstuffs. By virtue of true portability, a user can take the blender anywhere and create drinks, shakes, smoothies, baby food, sauces, and/or other concoctions. Once the blender is fully charged, a user can prepare multiple servings quickly and easily. Lack of an external power source, much less a reliable external power source, is no longer preventing users from enjoying the benefits of blended drinks.

The blender may include a base assembly, a container assembly, control circuitry, and/or other components. As used herein, the term "foodstuffs" may include ingredients ranging from solid to liquid, from hot to cold or frozen, in any combination. As used herein, the term "ingredient" merely connotates something fit to ingest, and not necessarily nutritional value.

As used herein, any association (or relation, or reflection, or indication, or correspondency) involving assemblies, blades, motors, batteries, couplings, interfaces, detectors, indicators, magnetic elements, caps, filters, rotations, and/or another entity or object that interacts with any part of the blender and/or plays a part in the operation of the blender, may be a one-to-one association, a one-to-many association, a many-to-one association, and/or a many-to-many association or N-to-M association (note that N and M may be different numbers greater than 1).

As used herein, the term "obtain" (and derivatives thereof) may include active and/or passive retrieval, determination, derivation, transfer, upload, download, submission, and/or exchange of information, and/or any combination thereof. As used herein, the term "effectuate" (and derivatives thereof) may include active and/or passive causation of any effect. As used herein, the term "determine" (and derivatives thereof) may include measure, calculate, compute, estimate, approximate, generate, and/or otherwise derive, and/or any combination thereof.

These and other features, and characteristics of the present technology, as well as the methods of operation and functions of the related elements of structure and the combination of parts and economies of manufacture, will become more apparent upon consideration of the following description and the appended claims with reference to the accompanying drawings, all of which form a part of this specification, wherein like reference numerals designate corresponding parts in the various figures. It is to be expressly understood, however, that the drawings are for the purpose of illustration and description only and are not intended as a definition of the limits of the invention. As used in the specification and in the claims, the singular form of "a", "an", and "the" include plural referents unless the context clearly dictates otherwise.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** shows a portable and rechargeable blender configured to blend foodstuffs, in accordance with one or more implementations.

FIG. **2** shows a base assembly for a portable and rechargeable blender, in accordance with one or more implementations.

FIG. **3** shows a container assembly for a portable and rechargeable blender, in accordance with one or more implementations.

FIG. **4** shows a container body for a portable and rechargeable blender, in accordance with one or more implementations.

FIG. **5** shows a cap for a portable and rechargeable blender, in accordance with one or more implementations.

FIG. **6** shows how a filter and a cap fit together for use with a portable and rechargeable blender, in accordance with one or more implementations.

FIG. 7 shows a container body and a filter together for use with a portable and rechargeable blender, in accordance with one or more implementations.

DETAILED DESCRIPTION

FIG. **1** shows a portable and rechargeable blender **100** (hereinafter blender **100**) configured to blend foodstuffs, in accordance with one or more implementations. Blender **100** may include one or more of a base assembly **11**, a container assembly **12**, control circuitry **17** (depicted in FIG. **1** as a dotted rectangle to indicate this component may be embedded within base assembly **11**, and not readily visible from the outside), and/or other components. Base assembly **11** and container assembly **12** may be configured to be coupled during blending by blender **100**. For example, in some implementations, base assembly **11** and container assembly **12** may be mechanically coupled, e.g., through one or more threaded couplings. In some implementations, control circuitry **17** may be included in base assembly **11**. Other types of couplings may be envisioned for blender **100**, though leak-proof options may be preferred, since most uses include one or more liquid ingredients.

Base assembly **11** may include one or more of a set of one or more blades **13** (also referred to as set of blades **13**), an electrical motor **14** (depicted in FIG. **1** as a dotted rectangle to indicate this component is embedded within base assembly **11**), a rechargeable battery **15** (depicted in FIG. **1** as a dotted rectangle to indicate this component is embedded within base assembly **11**), a standardized charging interface **25**, a first mechanical coupling **16**, a detector **18**, an indicator **28**, a power button **29**, and/or other components. By way of non-limiting example, FIG. **2** illustrates base assembly **11**, in accordance with one or more implementations. In some implementations, first mechanical coupling **16** may be a threaded coupling. In some implementations, first mechanical coupling **16** may be a female threaded coupling configured to fit together with second mechanical coupling **26** of container assembly **12** (in FIG. **1**).

In some implementations, base assembly **11** may have a cylindrical shape. In some implementations, the cylindrical shape of base assembly **11** may have a diameter between 2 and 4 inches. In some implementations, the cylindrical shape of base assembly **11** may have a diameter between 2.5 and 3 inches. Such a diameter may improve portability, as well as allow blender **100** to be stored in a cup holder, e.g., in a vehicle.

US 11,006,784 B2

3

Referring to FIG. **1**, container assembly **12** may include one or more of a proximal end **21**, a distal end **22**, a container body **20**, a second mechanical coupling **26**, a filter **27**, a cap **24**, a coupling **24***a*, a carrying strap **3**, and/or other components. Container body **20** may form a vessel to hold and/or contain foodstuffs within container assembly **12**. In some implementations, the dimensions of container assembly **12** may be such that the internal volume of container assembly **12** can hold **10**, **12**, **14**, **16**, **18**, **20**, **22**, or more ounces. In some implementations, container assembly **12** and/or container body **20** may have cylindrical shapes. In some implementations, the cylindrical shapes of container assembly **12** and/or container body **20** may have a diameter between 2 and 4 inches. In some implementations, the cylindrical shapes of container assembly **12** and/or container body **20** may have a diameter between 2.5 and 3 inches. In some implementations, container body **20** may be transparent. By way of non-limiting example, FIG. **3** illustrates container assembly **12**, in accordance with one or more implementations. In some implementations, second mechanical coupling **26** may be a threaded coupling. In some implementations, second mechanical coupling **26** may be a male threaded coupling configured to fit together with first mechanical coupling **16** of base assembly **11** (in FIG. **1**).

Referring to FIG. **1**, set of blades **13** may be rotatably mounted to base assembly **11** to blend foodstuffs. In some implementations, set of blades **13** may be disposed at or near proximal end **21** of container assembly **12** during blending by blender **100**. In some implementations, set of blades **13** may include 1, 2, 3, 4, 5, 6, 7, 8, or more blades. In some implementations, as depicted in the upright configuration of blender **100** in FIG. **1**, set of blades **13** may includes six blades. In some implementations, set of blades **13** may include at least two downward blades, which may prevent and/or reduce foodstuffs remaining unblended when disposed under the upward blades. In some implementations, set of blades **13** may include at least four upward blades. In some implementations, including six blades may be preferred over including less than six blades, in particular for blending ice and/or ice cubes. By using more blades, more points of contact will hit the ice at substantially the same time, which reduces the likelihood that a piece of ice is merely propelled rather than crushed and/or blended, in particular for implementations having limited power, such as disclosed herein. As used herein, directional terms such as upward, downward, left, right, and so forth are relative to FIG. **1** unless otherwise noted. In some implementations, set of blades may be configured to rotate around a longitudinal axis of blender **100**.

Electrical motor **14** may be configured to rotationally drive set of blades **13**. In some implementations, electrical motor **14** may operate at a voltage between 5V and 10V. In one or more preferential implementations, electrical motor **14** may operate at a voltage of about 7.4V. In some implementations, electrical motor **14** may be configured to spin set of blades **13** at a maximum speed between 20,000 rotations per minute (RPM) and 30,000 RPM. In one or more preferential implementations, electrical motor **14** may spin set of blades **13** at a maximum speed of about 22,000 RPM. Electrical motor may be configured to be powered by rechargeable battery **15**. Simultaneously, in some implementations, electrical motor **14** may be further configured to be powered through standardized charging interface **25**, though that may not be the preferred way of operating blender **100**. In one or more preferential implementations, no power is supplied to electrical motor **14** from an external power source during blending by blender **100**. In some implemen-

4

tations, control circuit **17** may be configured to control electrical motor **14** during rotation of set of blades **13**. For example, control circuit **17** may control the speed of the rotation of set of blades **13** during blending by blender **100**.

Rechargeable battery **15** may be configured to power electrical motor **14**. In some implementations, rechargeable battery **15** may be configured to power electrical motor **14** such that, during blending by blender **100**, no power is supplied to electrical motor **14** from an external power source. In some implementations, rechargeable battery **15** may be non-removable. As used herein, the term "non-removable" may mean not accessible to users during common usage of blender **100**, including charging, blending, cleaning, and storing for later use. In some implementations, rechargeable battery **15** may have a capacity between 1000 mAh and 4000 mAh. In one or more preferential implementations, rechargeable battery **15** may have a capacity of about 2000 mAh. In some implementations, control circuit **17** may be configured to control charging of rechargeable battery **15**. For example, control circuit **17** may control the transfer of electrical power through standardized charging interface **25** into rechargeable battery **15**. For example, responsive to a detection that rechargeable battery **15** is fully charged, control circuit **17** may prevent the transfer of electrical power through standardized charging interface **25** into rechargeable battery **15**.

Standardized charging interface **25** may be configured to conduct electrical power to rechargeable battery **15**. In some implementations, standardized charging interface **25** may be configured to conduct electrical power to charge rechargeable battery **15**, e.g., from an external power source. In some implementations, standardized charging interface **25** may be configured to support wireless charging of rechargeable battery **15**, e.g., from an external power source, including but not limited to induction-based charging. In some implementations, standardized charging interface **25** may be a universal serial bus (USB) port configured to receive an electrical connector for charging rechargeable battery **15**. In such a case, the electrical connector may be connected to an external power source. In some implementations, standardized charging interface **25** may be covered for protection and/or other reasons.

First mechanical coupling **16** of base assembly **11** may be configured to couple base assemble **11** to container assembly **12**. In some implementations, first mechanical coupling **16** may be a threaded coupling. In some implementations, first mechanical coupling **16** may have a parallel thread.

Detector **18** may be configured to detect whether first mechanical coupling **16** of base assembly **11** is engaged with second mechanical coupling **26** of container assembly **12**. In some implementations, detector **18** may be configured to detect whether first mechanical coupling **16** of base assembly **11** is engaged with second mechanical coupling **26** of container assembly **12** to couple base assembly **11** to container assembly **12**. In some implementations, operation of detector **18** may use one or more magnetic elements. For example, in some implementations, one or more magnetic elements are included in container body **20** at or near proximal end **21** of container assembly **12**. Engagement may be detected responsive to these one or more magnetic elements being aligned and sufficiently close to one or more matching magnetic elements that may be included in base assembly **11** (e.g., at or near first mechanical coupling **16** of base assemble **11**).

Indicator **28** may be configured to illuminate in various colors (red, blue, etc.) and/or patterns (solid, fast blinking, slow blinking, alternating red and blue, etc.). Indicator **28**

US 11,006,784 B2

5                                                                6

may convey information regarding the operational status of blender **100** to a user. The operation status of blender **100** may be determined by control circuitry **17**. Indicator **28** may be controlled by control circuitry **17**. For example, if indicator **28** is solid red, blender **100** may be charging and/or insufficiently charged to blend. For example, if indicator **28** is solid blue, blender **100** may be ready for blending. For example, if indicator **28** is alternating red and blue, blender **100** may not be ready for blending due to base assembly **11** and container assembly **12** not being coupled properly and/or fully. For example, in some implementations, threaded couplings between assembly **11** and container assembly **12** may need to be tightened sufficiently for proper blending, and indicator **28** may warn the user when the treaded couplings are not tightened sufficiently.

Power button **29** may be part of the user interface of blender **100**. Power button **29** may be configured to be engaged manually by the user, for example by pushing power button **29** to turn blender **100** on and off. In some implementations, control by a user of blender **100** may be based on a switch (not shown), a touchscreen (not shown), voice-controlled operation (not shown), gesture-based operation (not shown), and/or other types of user interfaces suitable to turn consumer appliances on and off.

Control circuitry **17** may be configured to control different functions and/or operations of blender **100**, including but not limited to turning blender **100** on and off, charging of rechargeable battery **15**, controlling of electrical motor **14** regarding and/or during rotation of set of blades **13**, determining whether first mechanical coupling **16** is engaged with second mechanical coupling **26**, controlling operation of indicator **28**, and/or performing other functions for blender **100**. In some implementations, control circuitry **17** may be configured to prevent rotation of set of blades **13** responsive to a determination that first mechanical coupling **16** of base assembly **11** is not engaged (or not engaged properly for the intended operation of blender **100**) with second mechanical coupling **26** of container assembly **12**. In some implementations, control circuitry **17** may be configured to control indicator **28** to convey information regarding the operational status of blender **100** to a user. For example, indicator **28** may include a light that can illuminate in various colors and/or patterns. In some implementations, control circuitry **17** may be implemented as a printed circuit board (PCB).

Proximal end **21** of container assembly **12** may be disposed near set of blades **13** during blending of blender **100**. Distal end **22** of container assembly **12** may be disposed opposite proximal end **21**.

Second mechanical coupling **26** of container assembly **12** may be disposed at or near proximal end **21** of container assembly **12**. Second mechanical coupling **26** may be configured to engage first mechanical coupling **16** to couple base assembly **11** to container assembly **12**. In some implementations, first mechanical coupling **16** and second mechanical coupling **26** may be threaded couplings. In some implementations, first mechanical coupling **16** and second mechanical coupling **26** may have parallel threads.

Cap **24** may be disposed at or near distal end **22** of container assembly **12**. In some implementations, cap **24** may be removable. For example, removing cap **24** may create an opening at distal end **22** of container assembly **12**. In some implementations, blended foodstuffs may be removed through this opening, e.g., by pouring. By way of non-limiting example, FIG. **5** illustrates a bottom-side up view of cap **24** (together with filter **27**), in accordance with one or more implementations. In some implementations, cap

**24** may include a threaded coupling **27***b* that is configured to engage with container body **20** (as shown in FIG. **1** and FIG. **4**). In some implementations, the combination of cap **24** and filter **27** may include a threaded coupling **27***b* that is configured to engage with container body **20** (as shown in FIG. **1** and FIG. **4**). In particular, in some implementations, threaded coupling **27***b* may be a male threaded coupling configured to fit together with threaded coupling **20***a* of container body **20** (shown in FIG. **4**). In some implementations, once cap **24** and filter **27** have been removed from container body **20** and/or container assembly **12**, an opening **20***b* is formed at the top of container body **20**, through which foodstuffs may be removed from container body **20**. In some implementations, cap **24** may include a spout, indentation, and/or other shape of its structure that may be used to pour and/or drink from. For example, such an opening may be coverable during blending of blender **100**.

Referring to FIG. **1**, in some implementations, coupling **24***a* of container assembly **12** may be configured to removably couple cap **24** to container body **20** and/or other components of container assembly **12**. In some implementations, coupling **24***a* of container assembly **12** may be configured to removably couple cap **24** to filter **27**. In some implementations, coupling **24***a* may be a threaded coupling. In some implementations, coupling **24***a* may have a parallel thread.

Filter **27** may be configured to strain blended foodstuffs, including but not limited to pulp and other suspensions. In some implementations, filter **27** may be removable. By way of non-limiting example, FIG. **6** illustrates how filter **27** and cap **24** may fit together for use with blender **100**, in accordance with one or more implementations. Once filter **27** is turned over, threaded coupling **27***a* may fit together with threaded coupling **24***a* of cap **24**. In some implementations, threaded coupling **27***a* may be a male threaded coupling, and threaded coupling **24***a* may be a female threaded coupling. In some implementations, filter **27** may be coupled to container body **20** without cap **24**. By way of non-limiting example, FIG. **7** illustrates a combination of container body **20** and filter **27**. By virtue of the holes in filter **27**, a liquid within container body **20** may be strained through filter **27** (assuming that in such a scenario container body **20** is coupled to base assembly **11** (not shown)).

Referring to FIG. **1**, carrying strap **3** may be configured to carry blender **100**.

Although the present technology has been described in detail for the purpose of illustration based on what is currently considered to be the most practical and preferred implementations, it is to be understood that such detail is solely for that purpose and that the technology is not limited to the disclosed implementations, but, on the contrary, is intended to cover modifications and equivalent arrangements that are within the spirit and scope of the appended claims. For example, it is to be understood that the present technology contemplates that, to the extent possible, one or more features of any implementation can be combined with one or more features of any other implementation.

What is claimed is:

1. A blender configured to blend foodstuffs, the blender comprising:

a base assembly, a container assembly, a set of two or more pointed blades, and control circuitry, wherein the set of two or more pointed blades is configured to rotate and blend the foodstuffs;

wherein the base assembly includes:

an electrical motor configured to drive the rotation of the set of two or more pointed blades, wherein the set

US 11,006,784 B2

7

of two or more pointed blades includes at least two pointed blades that are pointed upwards, wherein the electrical motor is integrated into the base assembly;

a rechargeable battery configured to power the electrical motor such that, during blending by the blender, no power is supplied to the electrical motor from an external power source, wherein the rechargeable battery is integrated into the base assembly such that the rechargeable battery is not accessible to the user during charging, blending, cleaning of the blender, and storage of the blender;

a standardized charging interface configured to conduct electrical power to the rechargeable battery, wherein the standardized charging interface is a universal serial bus (USB) port configured to receive an electrical connector for charging the rechargeable battery;

a power button configured to be engaged manually, by a user pushing the power button, to turn the blender on and off; and

a first mechanical coupling configured to couple the base assembly to the container assembly;

wherein the electric motor, the rechargeable battery, the standardized charging interface, the power button, and the first mechanical coupling are integrated such that the base assembly forms an integral whole;

wherein the container assembly is configured to hold the foodstuffs within a container body during blending by the blender, the container assembly including:

a proximal end that is open and that is disposed, subsequent to the base assembly being coupled to the container assembly, near the set of two or more pointed blades;

a distal end opposite the proximal end; and

a second mechanical coupling disposed at or near the proximal end, wherein the second mechanical coupling is configured to engage the first mechanical coupling of the base assembly to couple the base assembly to the container assembly; and

wherein the control circuitry is configured to:

control charging of the rechargeable battery through the standardized charging port; and

subsequent to the base assembly being coupled to the container assembly, control the electrical motor to drive the rotation of the set of two or more pointed blades and thereby blend the foodstuffs.

8

**2**. The blender of claim **1**, further comprising a detector configured to make a detection whether the first mechanical coupling is engaged with the second mechanical coupling in a manner operable and suitable for blending by the blender;

wherein the control circuitry is further configured to allow or prevent rotation of the set of two or more pointed blades, based on the detection by the detector.

**3**. The blender of claim **2**, wherein the container body includes one or more magnetic elements disposed at or near the proximal end of the container assembly, and wherein the detection by the detector is based on proximity of the magnetic elements in the detector with the one or more magnetic elements included in the container body.

**4**. The blender of claim **1**, wherein the standardized charging interface is configured to support wireless charging of the rechargeable battery.

**5**. The blender of claim **1**, wherein the first and second mechanical couplings are threaded couplings.

**6**. The blender of claim **1**, wherein the container assembly has a volume between 10 and 22 ounces.

**7**. The blender of claim **1**, wherein the base assembly has a cylindrical shape having a diameter between 2 and 4 inches.

**8**. The blender of claim **1**, wherein the rechargeable battery has a capacity between 1000 mAh and 4000 mAh.

**9**. The blender of claim **1**, wherein the electrical motor is configured to operate at a voltage between 5V and 10V, and wherein the electrical motor is configured to spin the set of two or more pointed blades at a speed between 20,000 and 30,000 rotations per minute.

**10**. The blender of claim **9**, wherein the container assembly further includes a removable filter disposed at or near the distal end, wherein the removable filter is configured to strain blended foodstuffs when the blended foodstuffs are removed from the container assembly through an opening created by removing the removable cap.

**11**. The blender of claim **1**, wherein the container assembly further includes a removable cap disposed at or near the distal end.

**12**. The blender of claim **1**, wherein the set of two or more pointed blades is mounted permanently to the base assembly.

**13**. The blender of claim **1**, wherein the control circuitry is included in the base assembly, and wherein the set of two or more pointed blades is configured to crush ice.

\*    \*    \*    \*    \*

EXHIBIT B

US011229891B2

(12) **United States Patent**
Pamplin

(10) Patent No.: **US 11,229,891 B2**
(45) Date of Patent: **\*Jan. 25, 2022**

(54) **TURBOJET OFFSET BLADES**

(71) Applicant: **BlendJet Inc.**, Benicia, CA (US)

(72) Inventor: **Ryan Michael Pamplin**, San Juan, PR (US)

(73) Assignee: **BlendJet Inc.**, Benicia, CA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/984,967**

(22) Filed: **Aug. 4, 2020**

(65) **Prior Publication Data**

US 2021/0121840 A1   Apr. 29, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 16/850,685, filed on Apr. 16, 2020, now Pat. No. 10,792,630, which is a continuation of application No. 16/666,035, filed on Oct. 28, 2019, now Pat. No. 10,702,837.

(51) **Int. Cl.**
| | | |
|---|---|---|
| ***A47J 43/046*** | (2006.01) |
| ***B01F 13/00*** | (2006.01) |
| ***A47J 43/08*** | (2006.01) |
| ***H02J 7/00*** | (2006.01) |

(52) **U.S. Cl.**
CPC ........... ***B01F 13/002*** (2013.01); ***A47J 43/046*** (2013.01); ***A47J 43/085*** (2013.01); ***H02J 7/00*** (2013.01)

(58) **Field of Classification Search**
CPC ................................................... A47J 43/046
USPC ........................................ 366/130, 205, 314
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 903,927 | A | 11/1908 | Wendler |
| D123,477 | S | 11/1940 | Fetman et al. |
| 3,931,494 | A | 1/1976 | Fisher |
| 4,095,090 | A | 6/1978 | Pianezza |
| 4,435,084 | A | 3/1984 | Calhoun |
| D274,792 | S | 7/1984 | Price |
| 4,487,509 | A | 12/1984 | Boyce |
| 4,629,131 | A | 12/1986 | Podell |
| 4,741,482 | A | 5/1988 | Coggiola |
| D315,475 | S | 3/1991 | Finger |
| 5,425,579 | A | 6/1995 | Sampson |
| 5,639,161 | A | 6/1997 | Sirianni |
| 5,720,552 | A | 2/1998 | Schindlegger |
| 5,908,037 | A | 6/1999 | Pierson |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 201398891 | 2/2010 |
| CN | 101258964 B | 7/2011 |

(Continued)

OTHER PUBLICATIONS

PCT International Search Report, International Application No. PCT/US2020/054447, dated Oct. 29, 2020, 7 pages.

*Primary Examiner* — David L Sorkin
(74) *Attorney, Agent, or Firm* — Esplin & Associates, PC

(57) **ABSTRACT**

A rechargeable blender with offset blades is disclosed. Exemplary implementations may include a base assembly, a container assembly, control circuitry, and/or other components. The blender includes a set of blades that is offset from the center.

**20 Claims, 15 Drawing Sheets**



## US 11,229,891 B2
Page 2

(56)                **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,911,504 | A | 6/1999 | Schindlegger, Jr. |
| D448,236 | S | 9/2001 | Murray |
| 6,331,070 | B1 | 12/2001 | Desai |
| 6,568,843 | B1 | 5/2003 | Lai |
| 6,614,206 | B1 | 9/2003 | Wong |
| 6,796,705 | B1 | 9/2004 | Khubani |
| 6,962,432 | B2 | 11/2005 | Hofeldt |
| D522,318 | S | 6/2006 | McGuyer |
| D548,523 | S | 8/2007 | Greenspon |
| D560,445 | S | 1/2008 | Tardif |
| 7,314,307 | B2 | 1/2008 | Cai |
| 7,364,348 | B1 | 4/2008 | Jones |
| 7,384,182 | B2 | 6/2008 | Bhavnani |
| 7,422,362 | B2 | 9/2008 | Sands |
| D580,702 | S | 11/2008 | Holcomb |
| 7,518,343 | B2 | 4/2009 | Veselic |
| D603,704 | S | 11/2009 | Jost |
| 7,938,574 | B2 | 5/2011 | McGill |
| D640,556 | S | 6/2011 | Bragg |
| D686,869 | S | 7/2013 | Shoshan |
| 8,851,739 | B2 | 10/2014 | Gonzalez |
| 9,035,222 | B2 | 5/2015 | Alexander |
| 9,039,274 | B1 | 5/2015 | Corda |
| D731,242 | S | 6/2015 | Machovina |
| 9,134,020 | B1 | 9/2015 | Wells |
| 9,549,639 | B2 | 1/2017 | Garr |
| D782,866 | S | 4/2017 | Suess |
| D793,803 | S | 8/2017 | Patel |
| 9,775,467 | B2 | 10/2017 | Sapire |
| 9,787,130 | B2 | 10/2017 | Kim |
| 9,801,498 | B2 | 10/2017 | Fach |
| 9,814,331 | B2 | 11/2017 | Alexander |
| 9,839,326 | B2 | 12/2017 | Sapire |
| D815,486 | S | 4/2018 | Suess |
| D816,994 | S | 5/2018 | Fischer |
| 10,010,213 | B2 | 7/2018 | Alexander |
| D829,042 | S | 9/2018 | Duan |
| D836,385 | S | 12/2018 | Arzunyan |
| 10,143,980 | B1 | 12/2018 | Marko |
| 10,188,229 | B2 | 1/2019 | Alexander |
| D842,020 | S | 3/2019 | Augustyn |
| 10,299,629 | B2 | 5/2019 | Bascom |
| 10,299,632 | B2 | 5/2019 | Vu |
| 10,362,903 | B2 | 7/2019 | Mizrahi |
| D856,083 | S | 8/2019 | Lawson-Shanks |
| 10,383,482 | B1 | 8/2019 | Pamplin |
| 10,391,461 | B2 | 8/2019 | Alfoudari |
| D867,806 | S | 11/2019 | Bodum |
| D867,807 | S | 11/2019 | Bodum |
| D871,831 | S | 1/2020 | Liu |
| D873,601 | S | 1/2020 | Sirju |
| 10,617,260 | B2 | 4/2020 | Sapire |
| D885,124 | S | 5/2020 | Yessin |
| D889,260 | S | 7/2020 | Hiltser |
| 10,702,837 | B1 | 7/2020 | Pamplin |
| D895,348 | S | 9/2020 | Vignau-Lous |
| D896,566 | S | 9/2020 | Wang |
| 10,792,630 | B1 | 10/2020 | Pamplin |
| 10,799,071 | B2 | 10/2020 | Pamplin |
| D900,530 | S | 11/2020 | Kim |
| 10,828,612 | B1 | 11/2020 | Pamplin |
| D903,400 | S | 12/2020 | Li |
| D904,823 | S | 12/2020 | Koszylko |
| D905,494 | S | 12/2020 | Pataki |
| D905,496 | S | 12/2020 | Pamplin |
| D908,428 | S | 1/2021 | Pamplin |
| D911,107 | S | 2/2021 | Pamplin |
| D913,035 | S | 3/2021 | McCabe |
| D927,924 | S | 8/2021 | Lane |
| 2001/0036124 | A1 | 11/2001 | Rubenstein |
| 2002/0117566 | A1 | 8/2002 | Cheng |
| 2002/0141286 | A1 | 10/2002 | Wulf |
| 2004/0159624 | A1* | 8/2004 | Miller .................. A47J 43/046 |
| | | | 215/222 |

| | | | |
|---|---|---|---|
| 2007/0182367 | A1 | 8/2007 | Partovi |
| 2007/0209528 | A1 | 9/2007 | Chang |
| 2007/0221068 | A1* | 9/2007 | Boussemart .......... A47J 27/004 |
| | | | 99/279 |
| 2007/0290555 | A1 | 12/2007 | Caren |
| 2008/0217284 | A1 | 9/2008 | Roth |
| 2008/0259722 | A1 | 10/2008 | Sanford |
| 2008/0265838 | A1 | 10/2008 | Garg |
| 2010/0005977 | A1 | 1/2010 | Menashes |
| 2010/0301808 | A1 | 12/2010 | David |
| 2011/0024537 | A1 | 2/2011 | Gonzalez |
| 2011/0248108 | A1 | 10/2011 | Carriere |
| 2012/0167781 | A1 | 7/2012 | Lane |
| 2013/0010568 | A1 | 1/2013 | Bodum |
| 2013/0222991 | A1 | 8/2013 | McWilliams |
| 2014/0247686 | A1 | 9/2014 | Arnett |
| 2014/0301155 | A1 | 10/2014 | Montgomery |
| 2015/0117137 | A1 | 4/2015 | Haney |
| 2015/0165402 | A1 | 6/2015 | King |
| 2015/0283037 | A1 | 10/2015 | Trejo |
| 2015/0374175 | A1 | 12/2015 | Garr |
| 2016/0114935 | A1* | 4/2016 | Ronnholm ............. B65D 11/20 |
| | | | 366/314 |
| 2016/0235243 | A1 | 8/2016 | Grassia |
| 2016/0354740 | A1 | 12/2016 | Gonzalez |
| 2017/0104297 | A1 | 4/2017 | Scott |
| 2017/0110898 | A1 | 4/2017 | Kyriakoulis |
| 2018/0028991 | A1 | 2/2018 | Brotzki |
| 2018/0146826 | A1 | 5/2018 | Mizrahi |
| 2018/0160855 | A1 | 6/2018 | Krivos |
| 2018/0221836 | A1 | 8/2018 | Ni |
| 2019/0000275 | A1 | 1/2019 | Sapire |
| 2019/0082893 | A1 | 3/2019 | Faulkner-Edwards |
| 2019/0365156 | A1 | 12/2019 | Vu |
| 2020/0061557 | A1 | 2/2020 | Bertsch |
| 2020/0205615 | A1 | 7/2020 | Pamplin |
| 2020/0390286 | A1 | 12/2020 | Pamplin |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 102949118 A | 3/2013 |
| CN | 103841867 A | 6/2014 |
| CN | 104084076 A | 10/2014 |
| CN | 104385455 A | 3/2015 |
| CN | 104473576 A | 4/2015 |
| CN | 104808545 A | 7/2015 |
| CN | 204467878 U | 7/2015 |
| CN | 204520400 | 8/2015 |
| CN | 205006717 U | 2/2016 |
| CN | 105615698 A | 6/2016 |
| CN | 207194642 U | 4/2018 |
| CN | 207444802 U | 6/2018 |
| CN | 207768224 U | 8/2018 |
| CN | 304785260 S | 8/2018 |
| CN | 107080417 B | 10/2018 |
| CN | 209147461 U | 7/2019 |
| CN | 210354282 | 4/2020 |
| GB | 2506926 | 4/2014 |
| WO | 2017157965 | 9/2017 |

### OTHER PUBLICATIONS

PCT International Search Report and Written Opinion, Application No. PCT PCT/US2020/054471, dated Jan. 5, 2021 (8 pages.).
ECPURCHASE Portable Blender USB Rechargeable. Date First Available on Amazon.com May 7, 2018. https://www.amazon.com/Portable-Blender-Rechargeable-Single-Personal/dp/B07CXM3CC3/. (Year: 2018) (1 page).
PCT International Search Report and Written Opinion, Application No. PCT/US19/63089, dated Feb. 19, 2020, dated 11 pages.
Youtube.com, BlendJet, Jen Selter's BlendJet Green Smoothie Recipe, Mar. 25, 2019, [site visited Nov. 4, 2021], Available on theInternet URL https://www.youtube.com/shorts/NIFC2ek3Qms (Year: 2019).

* cited by examiner

**U.S. Patent**          Jan. 25, 2022          Sheet 1 of 15          US 11,229,891 B2



Cap 24

100

Coupling 24a
Distal end 22

Container
Assembly
12

Carrying strap 3
Container body 20
Rotational axis 13a
Rotational direction 13b

Set of blades 13
Proximal end 21
Mechanical couplings 16

Detector 18
Alignment indicators 19
Logo 27
Electrical motor 14
Control circuitry 17
Rechargeable battery 15

Base
Assembly
11

*blendjet*

Power interface 29
Charging interface 25

*Fig. 1*



*Fig. 2*

U.S. Patent          Jan. 25, 2022          Sheet 3 of 15          US 11,229,891 B2



*Fig. 3*

100



Cap 24

*Fig. 4A*

100

Base Assembly
11



*Fig. 4B*



*Fig. 5*



*Fig. 6*



*Fig. 7*



Set of blades 13

Base Assembly 11

first mechanical coupling 16a

13e

13f

13g

Logo 27

Power interface 29

Charging interface 25

*Fig. 8*



Fig. 9

SECTION A-A  Fig. 9A



Container body 20

*Fig. 10*



coupling 24a

Container body 20

container diameter 20d

second mechanical coupling 16b

container diameter 20e

*Fig. 11*



Container body 20

*Fig. 12*



Container body <u>20</u>

*Fig. 13*



Container body 20

*Fig. 14*



*Fig. 15A*



*Fig. 15B*



*Fig. 15C*

US 11,229,891 B2

1

**TURBOJET OFFSET BLADES**

FIELD OF THE DISCLOSURE

The present disclosure relates to a rechargeable blender with a set of blades that is offset from the center.

BACKGROUND

Blenders are known, typically as consumer-grade home appliances. Rechargeable batteries are known.

SUMMARY

One aspect of the present disclosure relates to a rechargeable blender with offset blades configured to blend foodstuffs. In some implementations, the rechargeable blender may be portable due to its size, and/or its rechargeability. By virtue of true portability, a user can take the blender anywhere and create drinks, shakes, smoothies, baby food, sauces, and/or other concoctions. Once the blender is fully charged, a user can prepare multiple servings quickly and easily. Lack of an external power source, much less a reliable external power source, is no longer preventing users from enjoying blended drinks. By virtue of the blades being offset from the center, foodstuffs are blended more efficiently. For example, ice is crushed more finely using fewer rotations of the blades.

The blender with offset blades may include a base assembly, a container assembly, control circuitry, and/or other components. As used herein, the term "foodstuffs" may include ingredients ranging from solid to liquid, from hot to cold or frozen, in any combination. As used herein, the term "ingredient" merely connotates something fit to ingest, and not necessarily nutritional value. For example, ice and/or ice cubes may be ingredients.

As used herein, any association (or relation, or reflection, or indication, or correspondency) involving assemblies, blades, motors, rotational axes, longitudinal axes, diameters, batteries, couplings, interfaces, buttons, detectors, indicators, magnetic elements, caps, rotations, and/or another entity or object that interacts with any part of the blender and/or plays a part in the operation of the blender, may be a one-to-one association, a one-to-many association, a many-to-one association, and/or a many-to-many association or N-to-M association (note that N and M may be different numbers greater than 1).

As used herein, the term "effectuate" (and derivatives thereof) may include active and/or passive causation of any effect. As used herein, the term "determine" (and derivatives thereof) may include measure, calculate, compute, estimate, approximate, generate, and/or otherwise derive, and/or any combination thereof.

These and other features, and characteristics of the present technology, as well as the methods of operation and functions of the related elements of structure and the combination of parts and economies of manufacture, will become more apparent upon consideration of the following description and the appended claims with reference to the accompanying drawings, all of which form a part of this specification, wherein like reference numerals designate corresponding parts in the various figures. It is to be expressly understood, however, that the drawings are for the purpose of illustration and description only and are not intended as a definition of the limits of the invention. As used in the specification and in the claims, the singular form

2

of "a", "an", and "the" include plural referents unless the context clearly dictates otherwise.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a front view of a rechargeable blender with offset blades configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 2 shows a side view of a rechargeable blender with offset blades configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 3 shows an isometric elevated view of a rechargeable blender with offset blades configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 4A shows a top view of a rechargeable blender with offset blades configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 4B shows a bottom view of a rechargeable blender with offset blades configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 5 shows a front view of a base assembly of a rechargeable blender with offset blades configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 6 shows a side view of a base assembly of a rechargeable blender with offset blades configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 7 shows a top view of a base assembly of a rechargeable blender with offset blades configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 8 shows an isometric elevated view of a base assembly of a rechargeable blender with offset blades configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 9 shows a front view of a rechargeable blender with offset blades configured to blend foodstuffs, with an indication for a cross-sectional view, in accordance with one or more implementations.

FIG. 9A shows a cross-sectional view of a rechargeable blender with offset blades configured to blend foodstuffs, as indicated in FIG. 9, in accordance with one or more implementations.

FIG. 10 shows a front view of a container body of a rechargeable blender with offset blades configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 11 shows a side view of a container body of a rechargeable blender with offset blades configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 12 shows a rear view of a container body of a rechargeable blender with offset blades configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 13 shows a top view of a container body of a rechargeable blender with offset blades configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 14 shows an isometric elevated view of a container body of a rechargeable blender with offset blades configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 15A shows a front view of a cap of a rechargeable blender with offset blades configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 15B shows an isometric elevated view of a cap of a rechargeable blender with offset blades configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 15C shows a bottom view of a cap of a rechargeable blender with offset blades configured to blend foodstuffs, in accordance with one or more implementations.

US 11,229,891 B2

3

DETAILED DESCRIPTION

FIG. **1** shows a rechargeable blender **100** with offset blades (hereinafter blender **100**) configured to blend foodstuffs, in accordance with one or more implementations. Blender **100** may include one or more of a base assembly **11**, a container assembly **12**, control circuitry **17** (depicted in FIG. **1** as a dotted rectangle to indicate this component may be embedded within base assembly **11**, and not readily visible from the outside), and/or other components. Base assembly **11** and container assembly **12** may be configured to be coupled during blending by blender **100**. For example, in some implementations, base assembly **11** and container assembly **12** may be mechanically coupled, e.g., through one or more threaded couplings. Other types of couplings may be envisioned for blender **100**, though leak-proof options may be preferred, since most uses include one or more liquid ingredients. In some implementations, control circuitry **17** and/or other components may be included in base assembly **11**, e.g., within base assembly **11**. For example, one or more of control circuitry **17**, electrical motor **14**, rechargeable battery **15**, and/or other components may be integrated permanently into base assembly **11** such that base assembly **11** forms an integral whole.

Base assembly **11** may include one or more of a base body **11***b* (FIG. **6**), a set of blades **13** (also referred to as a set of one or more blades **13**), an electrical motor **14** (depicted in FIG. **1** as a dotted rectangle to indicate this component may be embedded within base assembly **11**), a rechargeable battery **15** (depicted in FIG. **1** as a dotted rectangle to indicate this component is embedded within base assembly **11**), a standardized charging interface **25**, one or more mechanical couplings **16**, a detector **18**, one or more alignment indicators **19**, a power interface **29**, a logo **27** (which may visually refer to a corporate identity), and/or other components.

Proximal end **21** of container assembly **12** may be disposed near set of blades **13** during blending of blender **100**. Distal end **22** of container assembly **12** may be disposed opposite proximal end **21**.

In some implementations, one or more mechanical couplings **16** may include threaded couplings. By way of non-limiting example, FIG. **2** shows a side view of blender **100** with offset blades configured to blend foodstuffs. For example, one or more mechanical couplings **16** may include a first mechanical coupling **16***a* and a second mechanical coupling **16***b*. In some implementations, first mechanical coupling **16***a* included in base assemble **11** may be a female threaded coupling configured to fit together with second mechanical coupling **16***b* of container assembly **12**. First mechanical coupling **16***a* and second mechanical coupling **16***b* may be configured to (temporarily and detachably) couple base assembly **11** to container assembly **12**.

Second mechanical coupling **16***b* of container assembly **12** may be disposed at or near proximal end **21** of container assembly **12**. Second mechanical coupling **16***b* may be configured to engage first mechanical coupling **16***a* to couple base assembly **11** to container assembly **12**. In some implementations, first mechanical coupling **16***a* and second mechanical coupling **16***b* may be threaded couplings. In some implementations, first mechanical coupling **16***a* and second mechanical coupling **16***b* may have parallel threads.

By way of non-limiting example, FIG. **3** shows an isometric elevated view of blender **100** depicting its cylindrical shape. By way of non-limiting example, FIG. **4A** shows a top view of blender **100** depicting cap **24**. By way of

4

non-limiting example, FIG. **4B** shows a bottom view of blender **100** depicting the bottom of base assembly **11**.

Referring to FIG. **1**, set of blades **13** may be rotatably mounted to base assembly **11** to blend foodstuffs. Set of blades **13** may be configured to rotate around a rotational axis **13***a*. Rotational axis **13***a* is depicted in FIG. **1** as a geometric 2-dimensional line extending indefinitely through set of blades **13**, and is not a physical axis. Rather, rotational axis **13***a* indicates how set of blades **13** rotates in relation to other components of blender **100**, in a rotational direction **13***b*. In some implementations, set of blades **13** may be mounted permanently to base assembly **11**. In some implementations, set of blades **13** may be disposed at or near proximal end **21** of container assembly **12** during blending by blender **100**. In some implementations, set of blades **13** may include 1, 2, 3, 4, 5, or more pairs of blades. In some implementations, a pair of blades may include two blades on opposite sides of rotational axis **13***a*. In some implementations, a pair of blades may have two blades such that the distal ends of these two blades are at the same horizontal level. In some implementations, as depicted in the upright configuration of blender **100** in FIG. **1**, set of blades **13** may include six blades that form 3 pairs of blades. In some implementations, set of blades **13** may include at least two downward blades, which may prevent and/or reduce foodstuffs remaining unblended when disposed under the upward blades. In some implementations, set of blades **13** may include at least four upward blades. In some implementations, including six blades may be preferred over including less than six blades, in particular for blending ice and/or ice cubes. By using more blades, more points of contact will hit the ice at substantially the same time, which reduces the likelihood that a piece of ice is merely propelled rather than broken, crushed, and/or blended, in particular for implementations having limited power (when compared to common outlets), such as disclosed herein. As used herein, directional terms such as upward, downward, left, right, front, back, and so forth are relative to FIG. **1** unless otherwise noted.

Referring to FIG. **1**, in some implementations, base assembly **11** may have a cylindrical shape (apart from set of blades **13**). By way of non-limiting example, FIGS. **5-6-7-8** shows different views of base assembly **11** of blender **100** that depict base assembly **11** as having a cylindrical shape. For example, horizontal cross-sections of base assembly **11** may have a circular shape. In some implementations, the cylindrical shape of base assembly **11** may have a diameter between 2 and 4 inches, which may be referred to as a base diameter. In some implementations, the cylindrical shape of base assembly **11** may have a base diameter between 3 and 3.5 inches. Such a base diameter may improve portability, as well as allow blender **100** to be stored in a cup holder, e.g., in a vehicle. For example, FIG. **5** shows a front view of base assembly **11**, depicting a blade diameter **13***d* (e.g., the diameter of the circle described by rotation of the distal ends of the lowest pair of blades in set of blades **13**) and a base diameter **11***a* (as measured at or near the top of base assembly **11**). In some implementations, blade diameter **13***d* may refer to the largest diameter of any circle described by rotation of distal ends of pairs of blades in set of blades **13**, as measured perpendicular to rotation of set of blades **13**. In some implementations, the orientation of blade diameter **13***d* may be orthogonal to the direction of rotational axis **13***a*. In some implementations, the plane of rotation of the distal ends of the blades that define blade diameter **13***d* may be orthogonal to the direction of rotational axis **13***a*. In some implementations, blade diameter **13***d* may be at least 50% of base diameter **11***a*. In some implementations, blade diameter

US 11,229,891 B2

5

13*d* may be about 60% of base diameter 11*a*. In some
implementations, blade diameter 13*d* may range between
50% and 70% of base diameter 11*a*. In some implementa-
tions, blade diameter 13*d* may range between 60% and 70%
of base diameter 11*a*. In some implementations, blade
diameter 13*d* may range between 60% and 80% of base
diameter 11*a*. FIG. 5 shows set of blades 13 may be
supported by a shaft 13*c* mounted on an upper blade mount
13*e*. FIGS. 7 and 8 show a lower blade mount 13*f* arranged
below upper blade mount 13*e*. Below lower blade mount 13*f*
is a surface 13*g*. In some implementations, surface 13*g* may
form the lowest point for foodstuffs during blending. By
virtue of the stepwise structure formed by upper blade
mount 13*e*, lower blade mount 13*f*, and surface 13*g*, food-
stuffs may be blended more efficiently. For example, ice may
be crushed more finely using fewer rotations of the blades.
In some implementations, the horizontal plane that coincides
with the top surface of upper blade mount 13*e* may be
orthogonal to rotational axis 13*a*. Alternatively, and/or
simultaneously, in some implementations, the horizontal
plane that coincides with the top surface of lower blade
mount 13*f* may be orthogonal to rotational axis 13*a*. Alter-
natively, and/or simultaneously, in some implementations,
the horizontal plane that coincides with surface 13*g* may be
orthogonal to rotational axis 13*a*. In some implementations,
the plane of rotation of the distal ends of the blades that
define blade diameter 13*d* may be parallel to one or more of
the top surface of upper blade mount 13*e*, the top surface of
lower blade mount 13*f*, and/or surface 13*g*.

In some implementations, set of blades 13 may be
mounted permanently on base assembly 11 such that base
assembly 11 forms an integral whole. In some implementa-
tions, base assembly 11 may have a conical shape, wherein
the bottom of the conical shape may have a diameter
between 2 and 4 inches, and wherein the top of the conical
shape may have a diameter between 2 and 4 inches. For
example, the bottom of base assembly 11 may be wider than
the top of base assembly 11, as depicted in FIG. 5.

Referring to FIG. 1, container assembly 12 may include
one or more of a proximal end 21, a distal end 22, a container
body 20, a second mechanical coupling 26, a cap 24, a
coupling 24*a*, a carrying strap 3, and/or other components.
Container body 20 may form a vessel to hold and/or contain
foodstuffs within container assembly 12. In some implemen-
tations, container body 20 may be a cylindrical body and/or
have a cylindrical shape, as depicted in different views in
FIGS. 10-14. In some implementations, the dimensions of
container assembly 12 may be such that the internal volume
of container assembly 12 can hold 8, 10, 12, 14, 16, 18, 20,
22, 24, 28, 32, 36, 48, or more ounces. In some implemen-
tations, container assembly 12 and/or container body 20 may
have cylindrical shapes. As shown in FIG. 11, in some
implementations, the cylindrical shapes of container assem-
bly 12 and/or container body 20 may have a container
diameter 20*d* between 2 and 4 inches (as measured at or near
the bottom of container body 20). In some implementations,
container body 20 may have a container diameter 20*e* at or
near second mechanical coupling 16*b*. In some implemen-
tations, container diameter 20*d* and/or container diameter
20*e* may be between 3 and 3.5 inches. In some implemen-
tations, container body 20 may be transparent. Referring to
FIG. 11, in some implementations, second mechanical cou-
pling 16*b* may be a male threaded coupling configured to fit
together with first mechanical coupling 16*a* of base assem-
bly 11 (in FIG. 8). In some implementations, coupling 24*a*
may be a threaded coupling configured to fit together with
cap 24. In some implementations, blade diameter 13*d* (see

6

FIG. 5) may be at least 50% of container diameter 20*d* (FIG.
11). In some implementations, blade diameter 13*d* may be
about 60% of container diameter 20*d*. In some implemen-
tations, blade diameter 13*d* may range between 50% and
70% of container diameter 20*d*. In some implementations,
blade diameter 13*d* may range between 60% and 70% of
container diameter 20*d*. In some implementations, blade
diameter 13*d* may range between 60% and 80% of container
diameter 20*d*. Alternatively, and/or simultaneously, in some
implementations, blade diameter 13*d* (see FIG. 5) may be at
least 50% of container diameter 20*e* (FIG. 11). In some
implementations, blade diameter 13*d* may be about 60% of
container diameter 20*e*. In some implementations, blade
diameter 13*d* may range between 50% and 70% of container
diameter 20*e*. In some implementations, blade diameter 13*d*
may range between 60% and 70% of container diameter 20*e*.
In some implementations, blade diameter 13*d* may range
between 60% and 80% of container diameter 20*e*.

Referring to FIG. 1, electrical motor 14 may be config-
ured to rotationally drive set of blades 13. In some imple-
mentations, electrical motor 14 may operate at a voltage
between 5V and 10V. In one or more preferential imple-
mentations, electrical motor 14 may operate at a voltage of
about 7.4V. In some implementations, electrical motor 14
may be configured to spin set of blades 13 at a maximum
speed between 20,000 rotations per minute (RPM) and
35,000 RPM. In one or more preferential implementations,
electrical motor 14 may spin set of blades 13 at a maximum
speed of about 22,000 RPM. Electrical motor may be
configured to be powered by rechargeable battery 15. Simul-
taneously, in some implementations, electrical motor 14 may
be further configured to be powered through standardized
charging interface 25, though that may not be the preferred
way of operating blender 100. In one or more preferential
implementations, no power is (or need be) supplied to
electrical motor 14 from an external power source during
blending by blender 100. In some implementations, control
circuit 17 may be configured to control electrical motor 14
during rotation of set of blades 13. For example, control
circuit 17 may control the speed of the rotation of set of
blades 13 during blending by blender 100.

By way of non-limiting example, FIG. 9 shows a front
view of blender 100 with an indication for a cross-sectional
view labeled "A-A", and FIG. 9A shows a cross-sectional
view 100*a* of blender 100 labeled "SECTION A-A" as
indicated in FIG. 9. FIG. 9A shows the position and arrange-
ment of electrical motor 14 in relation to set of blades 13 and
rotational axis 13*a*. As depicted, electrical motor 14 and set
of blades 13 are offset from being centered within blender
100. The front of blender 100 is depicted on the right-hand
side in FIG. 9A, illustrating that electrical motor 14 and set
of blades 13 are offset towards the back of blender 100.

By way of non-limiting example, FIG. 6 shows a side
view of base assembly 11 of blender 100 in a manner that
depicts the position and arrangement of set of blades 13 and
rotational axis 13*a* in relation to the rest of base assembly 11.
In particular, the cylindrical shape of base body 11*b* may
have a longitudinal axis 100*b*, which is a geometric 2-di-
mensional line extending indefinitely through base assembly
11 (and/or blender 100). Longitudinal axis 100*b* is not a
physical axis. Instead, the shape of base assembly 11 (par-
ticularly base body 11*b*) may be symmetrical around longi-
tudinal axis 100*b*. In some implementations, longitudinal
axis 100*b* may coincide with the center line through base
body 11*b* from top to bottom. FIG. 6 shows an offset 13*x*
between rotational axis 13*a* and longitudinal axis 100*b*. Set
of blades 13 is offset towards the back of base assembly 11.

US 11,229,891 B2

7

In some implementations, electrical motor 14 is offset towards the back of base assembly 11, e.g., by a similar offset distance as used for positioning set of blades 13. In some implementations, offset 13x may be between 5% and 15% of container diameter 20d (FIG. 11). In some implementations, offset 13x may be between 8% and 12% of container diameter 20d (FIG. 11). In some implementations, offset 13x may be between 5% and 15% of container diameter 20e (FIG. 11). In some implementations, offset 13x may be between 10% and 20% of container diameter 20e (FIG. 11). In some implementations, offset 13x may be between 5% and 15% of blade diameter 13d (FIG. 5). In some implementations, offset 13x may be between 10% and 14% of blade diameter 13d (FIG. 5). In some implementations, offset 13x may be between 15% and 20% of blade diameter 13d (FIG. 5). In some implementations, offset 13x may be between 20% and 40% of blade diameter 13d (FIG. 5). In some implementations, offset 13x may be between 5% and 40% of blade diameter 13d (FIG. 5). In some implementations, offset 13x may be between 5% and 15% of base diameter 11a (FIG. 5). In some implementations, offset 13x may be between 10% and 20% of base diameter 11a (FIG. 5). In some implementations, offset 13x may be between 20% and 40% of base diameter 11a (FIG. 5). In some implementations, offset 13x may be between 5% and 40% of base diameter 11a (FIG. 5).

Referring to FIG. 1, rechargeable battery 15 may be configured to power electrical motor 14. In some implementations, rechargeable battery 15 may be configured to power electrical motor 14 such that, during blending by blender 100, no power is supplied to electrical motor 14 from an external power source. In some implementations, rechargeable battery 15 may be non-removable. As used herein, the term "non-removable" may mean not accessible to users during common usage of blender 100, including charging, blending, cleaning, and storing for later use. In some implementations, rechargeable battery 15 may be not user-replaceable. In some implementations, rechargeable battery 15 may have a capacity between 1000 mAh and 6000 mAh. In one or more preferential implementations, rechargeable battery 15 may have a capacity of about 2500 mAh. In some implementations, control circuit 17 may be configured to control charging of rechargeable battery 15. For example, control circuit 17 may control the transfer of electrical power through standardized charging interface 25 into rechargeable battery 15. For example, responsive to a detection that rechargeable battery 15 is fully charged, control circuit 17 may prevent the transfer of electrical power through standardized charging interface 25 into rechargeable battery 15.

Standardized charging interface 25 may be configured to conduct electrical power to rechargeable battery 15. In some implementations, standardized charging interface 25 may be configured to conduct electrical power to charge rechargeable battery 15, e.g., from an external power source. In some implementations, standardized charging interface 25 may be configured to support wireless charging of rechargeable battery 15, e.g., from an external power source, including but not limited to induction-based charging. In some implementations, standardized charging interface 25 may be a universal serial bus (USB) port configured to receive an electrical connector for charging rechargeable battery 15. In such a case, the electrical connector may be connected to an external power source. In some implementations, standardized charging interface 25 may be covered for protection and/or other reasons.

8

Detector 18 may be configured to detect whether first mechanical coupling 16a of base assembly 11 is engaged with second mechanical coupling 16b of container assembly 12. In some implementations, detector 18 may be configured to detect whether base assembly 11 is coupled to container assembly 12 in a manner operable and suitable for blending by blender 100. In some implementations, operation of detector 18 may use one or more magnetic elements. For example, in some implementations, one or more magnetic elements are included in container body 20 at or near proximal end 21 of container assembly 12. Engagement may be detected responsive to these one or more magnetic elements being aligned and sufficiently close to one or more matching magnetic elements that may be included in base assembly 11 (e.g., at or near first mechanical coupling 16a of base assemble 11).

Power interface 29 may be part of the user interface of blender 100. Power interface 29 may be configured to be engaged manually by the user, for example by pushing power interface 29 to turn blender 100 on and off. In some implementations, control by a user of blender 100 may be based on a switch (not shown), a button, a touchscreen (not shown), voice-controlled operation (not shown), gesture-based operation (not shown), and/or other types of user interfaces suitable to turn consumer appliances on and off. Power interface 29 may be configured to illuminate in various colors (red, blue, etc.) and/or patterns (solid, fast blinking, slow blinking, alternating red and blue, etc.). Power interface 29 may convey information regarding the operational status of blender 100 to a user. The operation status of blender 100 may be determined by control circuitry 17. Power interface 29 may be controlled by control circuitry 17. For example, if power interface 29 is solid red, blender 100 may be charging and/or insufficiently charged to blend. For example, if power interface 29 is solid blue, blender 100 may be ready for blending. For example, if power interface 29 is alternating red and blue, blender 100 may not be ready for blending due to base assembly 11 and container assembly 12 not being coupled properly and/or fully. For example, in some implementations, threaded couplings between assembly 11 and container assembly 12 may need to be tightened sufficiently for proper blending, and power interface 29 may warn the user when the treaded couplings are not tightened sufficiently. In some implementations, power interface 29 may include a power button configured to be manually engaged by the user.

Control circuitry 17 may be configured to control different functions and/or operations of blender 100, including but limited to turning blender 100 on and off, charging of rechargeable battery 15, controlling of electrical motor 14 regarding and/or during rotation of set of blades 13, determining whether mechanical couplings 16 are engaged properly for blending, controlling operation of power interface 29, and/or performing other functions for blender 100. In some implementations, control circuitry 17 may be configured to prevent rotation of set of blades 13 responsive to a determination that mechanical couplings 16 are not engaged (or not engaged properly for the intended operation of blender 100). In some implementations, control circuitry 17 may be configured to control power interface 29 to convey information regarding the operational status of blender 100 to a user. For example, power interface 29 may include a light that can illuminate in various colors and/or patterns. In some implementations, control circuitry 17 may be implemented as a printed circuit board (PCB).

Referring to FIG. 1, cap 24 may be disposed at or near distal end 22 of container assembly 12. In some implemen-

US 11,229,891 B2

9

tations, cap **24** may be removable. For example, removing cap **24** may create an opening at distal end **22** of container assembly **12**. In some implementations, blended foodstuffs may be removed through this opening, e.g., by pouring. By way of non-limiting example, FIG. **15**A illustrates a front view of cap **24**, FIG. **15**B shows an isometric elevated view of cap **24**, and FIG. **15**C shows a bottom view of cap **24**. In some implementations, cap **24** may include a threaded coupling **27***b* that is configured to engage with container body **20** (as shown in FIG. **1** and FIG. **4**). In some implementations, the combination of cap **24** and filter **27** may include a threaded coupling that is configured to engage with container body **20**. In some implementations, cap **24** may include a spout, indentation, and/or other shape of its structure that may be used to pour and/or drink from. For example, such an opening may be coverable during blending of blender **100**.

Referring to FIG. **1**, in some implementations, coupling **24***a* of container assembly **12** may be configured to removably couple cap **24** to container body **20** and/or other components of container assembly **12**. In some implementations, coupling **24***a* may be a threaded coupling. In some implementations, coupling **24***a* may have a parallel thread.

Referring to FIG. **1**, carrying strap **3** may be configured to carry blender **100**. In some implementations, carrying strap **3** may be attached to cap **24** as depicted in FIG. **1**. Alternatively, in some implementations, carrying strap **3** may be attached to container assembly **12**, e.g., to container body **20**.

Although the present technology has been described in detail for the purpose of illustration based on what is currently considered to be the most practical and preferred implementations, it is to be understood that such detail is solely for that purpose and that the technology is not limited to the disclosed implementations, but, on the contrary, is intended to cover modifications and equivalent arrangements that are within the spirit and scope of the appended claims. For example, it is to be understood that the present technology contemplates that, to the extent possible, one or more features of any implementation can be combined with one or more features of any other implementation.

What is claimed is:

**1**. A blender configured to blend foodstuffs, the blender comprising:

a base assembly, a container assembly, and control circuitry,

wherein the base assembly includes:

(i) a set of blades supported by a shaft that is rotationally mounted, wherein the set of blades is configured to rotate around a rotational axis and blend the foodstuffs, wherein the set of blades has a blade diameter during blending by the blender;

(ii) an electrical motor configured to drive rotation of the set of blades, wherein the electrical motor is integrated into the base assembly, wherein the electrical motor is arranged below the set of blades and in line with the rotational axis; and

(iii) a first mechanical coupling configured to couple the base assembly to the container assembly;

wherein the base assembly has a base diameter around an outer periphery of the base assembly near the first mechanical coupling;

wherein the container assembly is configured to hold the foodstuffs within a container body during blending by the blender, wherein the container assembly includes:

10

(i) a proximal end that is open and that is disposed, subsequent to the base assembly being coupled to the container assembly, near the set of blades;

(ii) a distal end opposite the proximal end; and

(iii) a second mechanical coupling disposed at or near the proximal end of the container assembly,

wherein the second mechanical coupling is configured to engage the first mechanical coupling to couple the base assembly to the container assembly,

wherein the container body extends from the second mechanical coupling to the distal end,

wherein the container body has a container diameter immediately above the second mechanical coupling, wherein a length of the container diameter matches a length of the base diameter,

wherein, subsequent to the base assembly being coupled to the container assembly by engagement between the first mechanical coupling and the second mechanical coupling, the blender has a shape such that, between the outer periphery of the base assembly and immediately above the second mechanical coupling, a diameter of the shape of the blender is substantially constant,

wherein the container body has a longitudinal axis between the proximal end and the distal end, wherein the longitudinal axis is parallel to the rotational axis, wherein the rotational axis is offset by an offset distance from the longitudinal axis,

wherein the offset distance is between 5% and 40% of the blade diameter; and

wherein the control circuitry is configured to control the electrical motor during the rotation of the set of blades.

**2**. The blender of claim **1**, wherein the set of blades is mounted permanently to the base assembly, wherein the electrical motor is integrated permanently into the base assembly such that the base assembly forms an integral whole.

**3**. The blender of claim **1**, further comprising a power button configured to be engaged manually by a user to turn the blender on and off, wherein the power button is included in the base assembly.

**4**. The blender of claim **1**, wherein the set of blades includes two distal blade ends that are arranged apart by a distance equal to the blade diameter of the set of blades during blending by the blender, wherein the set of blades is arranged such that a plane of rotation defined by the two distal blade ends during blending is orthogonal to the rotational axis.

**5**. The blender of claim **1**, wherein the shaft is rotationally mounted below an upper blade mount, the upper blade mount having a horizontal top surface, wherein the horizontal top surface of the blade mount is orthogonal to the rotational axis, wherein the base assembly includes a horizontal surface between the base assembly and the container assembly during blending.

**6**. The blender of claim **1**, wherein the base assembly has a front side, a back side, a left side, and a right side, wherein the rotational axis is offset by the offset distance from the longitudinal axis such that the rotational axis is closer to the back side of the base assembly than to the front side of the base assembly, and further such that the rotational axis is equidistant from the left side and the right side of the base assembly.

**7**. The blender of claim **1**, further comprising a detector, wherein the detector is configured to make a detection whether the base assembly is coupled to the container assembly in a manner operable and suitable for blending by

US 11,229,891 B2

11

the blender, and wherein the control circuitry is further configured to allow or prevent the rotation of the set of blades, based on the detection by the detector.

**8**. The blender of claim **7**, wherein the container body includes one or more magnetic elements disposed at or near the proximal end of the container assembly, and wherein detection by the detector is based on proximity of magnetic elements in the detector with the one or more magnetic elements included in the container body.

**9**. The blender of claim **1**, wherein the container body has a circular cross-section.

**10**. The blender of claim **1**, wherein the container body has a cylindrical shape.

**11**. The blender of claim **1**, wherein the first mechanical coupling and the second mechanical coupling are threaded couplings.

**12**. The blender of claim **1**, wherein the container assembly has a volume between 8 and 48 ounces.

**13**. The blender of claim **1**, wherein the base diameter of the base assembly is between 2 and 4 inches.

**14**. The blender of claim **1**, wherein the electrical motor is configured to operate at a voltage between 5V and 10V, and wherein the electrical motor is configured to spin the set of one or more blades at a speed between 20,000 and 35,000 rotations per minute.

12

**15**. The blender of claim **1**, wherein the control circuitry is included in the base assembly.

**16**. The blender of claim **1**, wherein the base assembly further includes:

a rechargeable battery configured to power the electrical motor; and

a standardized charging interface configured to conduct electrical power to the rechargeable battery;

wherein the rechargeable battery is integrated permanently into the base assembly such that the base assembly forms an integral whole.

**17**. The blender of claim **16**, where the rechargeable battery is not user-replaceable.

**18**. The blender of claim **16**, wherein the standardized charging interface is a universal serial bus port configured to receive an electrical connector for charging the rechargeable battery.

**19**. The blender of claim **16**, wherein the standardized charging interface is configured to support wireless charging of the rechargeable battery.

**20**. The blender of claim **16**, wherein the rechargeable battery has a capacity between 1000 mAh and 6000 mAh.

\* \* \* \* \*

EXHIBIT C

US010828612B1

(12) **United States Patent**
Pamplin

(10) Patent No.: **US 10,828,612 B1**
(45) Date of Patent: **\*Nov. 10, 2020**

(54) **LOCKING AND UNLOCKING A BLENDER**

(71) Applicant: **BlendJet Inc.**, Concord, CA (US)

(72) Inventor: **Ryan Michael Pamplin**, Oakland, CA (US)

(73) Assignee: **BlendJet Inc.**, Concord, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/694,896**

(22) Filed: **Nov. 25, 2019**

(51) **Int. Cl.**
| | |
|---|---|
| *A47J 43/07* | (2006.01) |
| *B01F 15/00* | (2006.01) |
| *B01F 7/16* | (2006.01) |
| *A47J 43/046* | (2006.01) |
| *B01F 13/00* | (2006.01) |

(52) **U.S. Cl.**
CPC ....... *B01F 15/00519* (2013.01); *A47J 43/046* (2013.01); *A47J 43/0761* (2013.01); *B01F 7/162* (2013.01); *B01F 13/002* (2013.01); *B01F 2015/00597* (2013.01)

(58) **Field of Classification Search**
CPC .......................... A47J 43/0761; A47J 43/0766
USPC .................................. 241/37.5; 366/205, 206
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,931,494 A | 1/1976 | Fisher | |
| 4,095,090 A | 6/1978 | Pianezza | |
| 4,435,084 A | 3/1984 | Calhoun | |
| 4,487,509 A | 12/1984 | Boyce | |
| 4,629,131 A | 12/1986 | Podell | |
| 4,741,482 A | 5/1988 | Coggiola | |
| 5,425,579 A | 6/1995 | Sampson | |
| 5,639,161 A | 6/1997 | Sirianni | |
| 5,720,552 A * | 2/1998 | Schindlegger ..... A47G 19/2205 366/197 |
| 6,568,843 B1 | 5/2003 | Lai | |
| 6,614,206 B1 | 9/2003 | Wong | |
| 7,314,307 B2 | 1/2008 | Cai | |
| 7,364,348 B1 | 4/2008 | Jones | |
| 7,384,182 B2 | 6/2008 | Bhavnani | |
| 7,422,362 B2 | 9/2008 | Sands | |
| 7,518,343 B2 | 4/2009 | Veselic | |
| 8,851,739 B2 * | 10/2014 | Gonzalez .............. A47J 43/046 366/130 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 204520400 | 8/2015 |
| GB | 2506926 | 4/2014 |
| WO | 2017157965 | 9/2017 |

OTHER PUBLICATIONS

PCT International Search Report and Written Opinion, Application No. PCT/US19/63089, dated Feb. 19, 2020, dated 11 pages.

*Primary Examiner* — David L Sorkin
(74) *Attorney, Agent, or Firm* — Esplin & Associates, PC

(57) **ABSTRACT**

A rechargeable blender with a locking mechanism is disclosed. Exemplary implementations may include a base assembly, a container assembly, a blending component, control circuitry, and/or other components. The blender includes a power interface configured to be manually engaged by the user, which facilitates transitions between a locked mode of operation and an unlocked mode of operation. Rotation of the blending component is selectively allowed or prevented based at least in part on the current mode of operation.

**14 Claims, 17 Drawing Sheets**



## US 10,828,612 B1
Page 2

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 9,035,222 | B2 | 5/2015 | Alexander |
| 9,039,274 | B1 | 5/2015 | Corda |
| 9,549,639 | B2 | 1/2017 | Garr |
| 9,787,130 | B2 | 10/2017 | Kim |
| 9,814,331 | B2 | 11/2017 | Alexander |
| 10,010,213 | B2 | 7/2018 | Alexander |
| 10,143,980 | B1 | 12/2018 | Marko |
| 10,188,229 | B2 | 1/2019 | Alexander |
| 10,383,482 | B1 | 8/2019 | Pamplin |
| 2001/0036124 | A1 | 11/2001 | Rubenstein |
| 2007/0182367 | A1 | 8/2007 | Partovi |
| 2007/0209528 | A1 | 9/2007 | Chang |
| 2007/0290555 | A1 | 12/2007 | Caren |
| 2008/0259722 | A1 | 10/2008 | Sanford |
| 2008/0265838 | A1 | 10/2008 | Garg |
| 2010/0005977 | A1 | 1/2010 | Menashes |
| 2010/0301808 | A1 | 12/2010 | David |
| 2011/0024537 | A1 | 2/2011 | Gonzalez |
| 2011/0248108 | A1 | 10/2011 | Carriere |
| 2013/0222991 | A1 | 8/2013 | McWilliams |
| 2014/0247686 | A1 | 9/2014 | Arnett |
| 2014/0301155 | A1 | 10/2014 | Montgomery |
| 2015/0117137 | A1 | 4/2015 | Haney |
| 2015/0165402 | A1 * | 6/2015 | King ................. B01F 15/00409 |
| | | | 366/145 |
| 2015/0374175 | A1 | 12/2015 | Garr |
| 2016/0235243 | A1 | 8/2016 | Grassia |
| 2017/0104297 | A1 | 4/2017 | Scott |
| 2017/0110898 | A1 | 4/2017 | Kyriakoulis et al. |
| 2018/0146826 | A1 | 5/2018 | Mizrahi |
| 2018/0160855 | A1 | 6/2018 | Krivos |
| 2018/0221836 | A1 | 8/2018 | Ni |

* cited by examiner

**U.S. Patent**    Nov. 10, 2020    Sheet 1 of 17    **US 10,828,612 B1**



*Fig. 1*

U.S. Patent          Nov. 10, 2020          Sheet 2 of 17          US 10,828,612 B1



_200_

202
Hold Foodstuffs Within A Cylindrical Body During Blending By A Rechargeable Blender, Wherein The Cylindrical Body Is Included In A Container Assembly

204
Make A Detection Whether A Base Assembly Is Coupled To The Container Assembly In A Manner Operable And Suitable For Blending By The Rechargeable Blender

206
Detect Whether A First Type Of Manual Engagement Of A Power Interface By A User Occurred

208
Detect Whether A Second Type Of Manual Engagement Of The Power Interface By The User Occurred

210
During A Locked Mode Of Operation, Responsive To Detecting The First Type Of Manual Engagement Of The Power Interface, Transition To An Unlocked Mode Of Operation

212
During The Unlocked Mode Of Operation, Responsive To Detecting The Second Type Of Manual Engagement Of The Power Interface, Transitioning To The Locked Mode Of Operation

214
Selectively Allow Or Prevent Rotation Of A Blending Component, Wherein The Rotation Of The Blending Component Is Prevented In The Locked Mode Of Operation, And Wherein The Rotation Is Allowed In The Unlocked Mode Of Operation And Responsive To The Detection That The Base Assembly Is Coupled To The Container Assembly In A Manner Operable And Suitable For Blending By The Rechargeable Blender

*Fig. 2*



*Fig. 3A*

*Fig. 3B*

*Fig. 3C*

*Fig. 3D*



100

Container Assembly
12

Carrying strap 3

second mechanical coupling 16b

mechanical couplings 16

first mechanical coupling 16a

Base Assembly
11

*Fig. 4*



*Fig. 5*

100



*Fig. 6A*

100

Base Assembly
11



*Fig. 6B*



Base Assembly 11

Set of blades 13

13c

13e

blade diameter 13d

base diameter 11a

Logo 27

Power interface 29

Charging interface 25

*Fig. 7*



blade diameter 13a

Base Assembly 11

Set of blades 13

Base body 11b

Rotational axis 13a

Longitudinal axis 100b

Offset 13x

*Fig. 8*



Base Assembly
11

Set of blades 13

13e

13f

13g

*Fig. 9*



Set of blades 13

Base Assembly 11

first mechanical coupling 16a

13e

13f

13g

Logo 27

Power interface 29

Charging interface 25

*Fig. 10*



*Fig. 11*

SECTION A-A *Fig. 11A*



Container body 20

*Fig. 12*



coupling 24a

Container body 20

container diameter 20d

second mechanical
coupling 16b

container diameter 20e

*Fig. 13*



Container body 20

*Fig. 14*



Container body 20

*Fig. 15*



Container body 20

*Fig. 16*



Cap 24

*Fig. 17A*



Cap 24

*Fig. 17B*



Cap 24

*Fig. 17C*

US 10,828,612 B1

## LOCKING AND UNLOCKING A BLENDER

### FIELD OF THE DISCLOSURE

The present disclosure relates to a rechargeable blender with a locking mechanism that prevents or reduces accidental activation.

### BACKGROUND

Blenders are known, typically as consumer-grade home appliances. Rechargeable batteries are known.

### SUMMARY

One aspect of the present disclosure relates to a rechargeable blender with a locking mechanism that prevents or reduces accidental activation. The rechargeable blender is configured to blend foodstuffs. In some implementations, the rechargeable blender may be portable due to its size, and/or its rechargeability. By virtue of true portability, a user can take the blender anywhere and create drinks, shakes, smoothies, baby food, sauces, and/or other concoctions. Once the blender is fully charged, a user can prepare multiple servings quickly and easily. Lack of an external power source, much less a reliable external power source, is no longer preventing users from enjoying blended drinks. By virtue of the locking mechanism described in this disclosure, accidental activation of the one or more blending components may be prevented or reduced. For example, the blender may be unlikely to be accidentally activated due to inadvertent contact with other objects in close proximity, such as, by way of non-limiting example, other objects in a gym bag.

The blender with the locking mechanism may include a base assembly, a container assembly, control circuitry, and/or other components. As used herein, the term "foodstuffs" may include ingredients ranging from solid to liquid, from hot to cold or frozen, in any combination. As used herein, the term "ingredient" merely connotates something fit to ingest, and not necessarily nutritional value. For example, ice and/or ice cubes may be ingredients.

As used herein, any association (or relation, or reflection, or indication, or correspondency) involving assemblies, blending components, blades, motors, rotational axes, longitudinal axes, diameters, batteries, couplings, interfaces, buttons, detectors, indicators, magnetic elements, caps, rotations, and/or another entity or object that interacts with any part of the blender and/or plays a part in the operation of the blender, may be a one-to-one association, a one-to-many association, a many-to-one association, and/or a many-to-many association or N-to-M association (note that N and M may be different numbers greater than 1).

As used herein, the term "effectuate" (and derivatives thereof) may include active and/or passive causation of any effect. As used herein, the term "determine" (and derivatives thereof) may include measure, calculate, compute, estimate, approximate, generate, and/or otherwise derive, and/or any combination thereof.

These and other features, and characteristics of the present technology, as well as the methods of operation and functions of the related elements of structure and the combination of parts and economies of manufacture, will become more apparent upon consideration of the following description and the appended claims with reference to the accompanying drawings, all of which form a part of this specification, wherein like reference numerals designate

corresponding parts in the various figures. It is to be expressly understood, however, that the drawings are for the purpose of illustration and description only and are not intended as a definition of the limits of the invention. As used in the specification and in the claims, the singular form of "a", "an", and "the" include plural referents unless the context clearly dictates otherwise.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a front view of a rechargeable blender configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 2 shows a method regarding operation of a rechargeable blender having a locking mechanism configured to blend foodstuffs, in accordance with one or more implementations.

FIGS. 3A-3B-3C-3D illustrate state transitions in state diagrams as may be used by a rechargeable blender having a locking mechanism, in accordance with one or more implementations.

FIG. 4 shows a side view of a rechargeable blender configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 5 shows an isometric elevated view of a rechargeable blender configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 6A shows a top view of a rechargeable blender configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 6B shows a bottom view of a rechargeable blender configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 7 shows a front view of a base assembly of a rechargeable blender configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 8 shows a side view of a base assembly of a rechargeable blender configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 9 shows a top view of a base assembly of a rechargeable blender configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 10 shows an isometric elevated view of a base assembly of a rechargeable blender configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 11 shows a front view of a rechargeable blender configured to blend foodstuffs, with an indication for a cross-sectional view, in accordance with one or more implementations.

FIG. 11A shows a cross-sectional view of a rechargeable blender configured to blend foodstuffs, as indicated in FIG. 11, in accordance with one or more implementations.

FIG. 12 shows a front view of a container body of a rechargeable blender configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 13 shows a side view of a container body of a rechargeable blender configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 14 shows a rear view of a container body of a rechargeable blender configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 15 shows a top view of a container body of a rechargeable blender configured to blend foodstuffs, in accordance with one or more implementations.

FIG. 16 shows an isometric elevated view of a container body of a rechargeable blender configured to blend foodstuffs, in accordance with one or more implementations.

US 10,828,612 B1

3

FIG. **17**A shows a front view of a cap of a rechargeable blender configured to blend foodstuffs, in accordance with one or more implementations.

FIG. **17**B shows an isometric elevated view of a cap of a rechargeable blender configured to blend foodstuffs, in accordance with one or more implementations.

FIG. **17**C shows a bottom view of a cap of a rechargeable blender configured to blend foodstuffs, in accordance with one or more implementations.

DETAILED DESCRIPTION

FIG. **1** shows a rechargeable blender **100** (hereinafter blender **100**) configured to blend foodstuffs, in accordance with one or more implementations. Blender **100** may include one or more of a base assembly **11**, a container assembly **12**, control circuitry **17** (depicted in FIG. **1** as a dotted rectangle to indicate this component may be embedded within base assembly **11**, and not readily visible from the outside), and/or other components. Base assembly **11** and container assembly **12** may be configured to be coupled during blending by blender **100**. For example, in some implementations, base assembly **11** and container assembly **12** may be mechanically coupled, e.g., through one or more threaded couplings. Other types of couplings may be envisioned for blender **100**, though leak-proof options may be preferred, since most uses include one or more liquid ingredients. In some implementations, control circuitry **17** and/or other components may be included in base assembly **11**, e.g., within base assembly **11**. For example, one or more of control circuitry **17**, electrical motor **14**, rechargeable battery **15**, and/or other components may be integrated permanently into base assembly **11** such that base assembly **11** forms an integral whole.

Base assembly **11** may include one or more of a base body **11**b (FIG. **8**), a blending component **133** (e.g., a set of blades **13**, also referred to as a set of one or more blades **13**), an electrical motor **14** (depicted in FIG. **1** as a dotted rectangle to indicate this component may be embedded within base assembly **11**), a rechargeable battery **15** (depicted in FIG. **1** as a dotted rectangle to indicate this component is embedded within base assembly **11**), a standardized charging interface **25**, one or more mechanical couplings **16**, a detector **18**, one or more alignment indicators **19**, a power interface **29**, a logo **27** (which may visually refer to a corporate identity), and/or other components.

Proximal end **21** of container assembly **12** may be disposed near blending component **133** (e.g., near set of blades **13**) during blending of blender **100**. Distal end **22** of container assembly **12** may be disposed opposite proximal end **21**.

In some implementations, one or more mechanical couplings **16** may include threaded couplings. By way of non-limiting example, FIG. **4** shows a side view of blender **100** configured to blend foodstuffs. For example, one or more mechanical couplings **16** may include a first mechanical coupling **16**a and a second mechanical coupling **16**b. In some implementations, first mechanical coupling **16**a included in base assemble **11** may be a female threaded coupling configured to fit together with second mechanical coupling **16**b of container assembly **12**. First mechanical coupling **16**a and second mechanical coupling **16**b may be configured to (temporarily and detachably) couple base assembly **11** to container assemble **12**.

Second mechanical coupling **16**b of container assembly **12** may be disposed at or near proximal end **21** of container assembly **12**. Second mechanical coupling **16**b may be

4

configured to engage first mechanical coupling **16**a to couple base assembly **11** to container assembly **12**. In some implementations, first mechanical coupling **16**a and second mechanical coupling **16**b may be threaded couplings. In some implementations, first mechanical coupling **16**a and second mechanical coupling **16**b may have parallel threads.

By way of non-limiting example, FIG. **5** shows an isometric elevated view of blender **100** depicting its cylindrical shape. By way of non-limiting example, FIG. **6**A shows a top view of blender **100** depicting cap **24**. By way of non-limiting example, FIG. **6**B shows a bottom view of blender **100** depicting the bottom of base assembly **11**.

Referring to FIG. **1**, blending component **133** may include one or more structural components configured to blend foodstuffs, including but not limited to one or more blending bars, one or more blades, and/or other structural components configured to rotate. For example, in some implementations, blending component **133** may include set of blades **13**, which may be rotatably mounted to base assembly **11** to blend foodstuffs. Blending component **133** may be configured to rotate around a rotational axis **13**a. Rotational axis **13**a is depicted in FIG. **1** as a geometric 2-dimensional line extending indefinitely through blending component **133**, and is not a physical axis. Rather, rotational axis **13**a indicates how blending component **133** rotates in relation to other components of blender **100**, in a rotational direction **13**b. In some implementations, blending component **133** may be mounted permanently to base assembly **11**. In some implementations, blending component **133** may be disposed at or near proximal end **21** of container assembly **12** during blending by blender **100**. In some implementations, set of blades **13** may include 1, 2, 3, 4, 5, or more pairs of blades. In some implementations, a pair of blades may include two blades on opposite sides of rotational axis **13**a. In some implementations, a pair of blades may have two blades such that the distal ends of these two blades are at the same horizontal level. In some implementations, as depicted in the upright configuration of blender **100** in FIG. **1**, set of blades **13** may include six blades that form 3 pairs of blades. In some implementations, set of blades **13** may include at least two downward blades, which may prevent and/or reduce foodstuffs remaining unblended when disposed under the upward blades. In some implementations, set of blades **13** may include at least four upward blades. In some implementations, including six blades may be preferred over including less than six blades, in particular for blending ice cubes. By using more blades, more points of contact will hit the ice at substantially the same time, which reduces the likelihood that a piece of ice is merely propelled rather than broken, crushed, and/or blended, in particular for implementations having limited power (when compared to common outlets), such as disclosed herein. As used herein, directional terms such as upward, downward, left, right, front, back, and so forth are relative to FIG. **1** unless otherwise noted.

Referring to FIG. **1**, in some implementations, base assembly **11** may have a cylindrical shape (apart from blending component **133** and/or set of blades **13**). By way of non-limiting example, FIGS. **7**-**8**-**9**-**10** shows different views of base assembly **11** of blender **100** that depict base assembly **11** as having a cylindrical shape. For example, horizontal cross-sections of base assembly **11** may have a circular shape. In some implementations, the cylindrical shape of base assembly **11** may have a diameter between 2 and 4 inches, which may be referred to as a base diameter. In some implementations, the cylindrical shape of base assembly **11** may have a base diameter between 3 and 3.5 inches. Such a

US 10,828,612 B1

5

base diameter may improve portability, as well as allow blender **100** to be stored in a cup holder, e.g., in a vehicle. For example, FIG. **7** shows a front view of base assembly **11**, depicting a blade diameter **13**d (e.g., the diameter of the circle described by rotation of the distal ends of the lowest pair of blades in set of blades **13**) and a base diameter **11**a (as measured at or near the top of base assembly **11**). In some implementations, blade diameter **13**d may refer to the largest diameter of any circle described by rotation of distal ends of pairs of blades in set of blades **13** (or other distal ends of blending component **133**), as measured perpendicular to rotation. In some implementations, the orientation of blade diameter **13**d may be orthogonal to the direction of rotational axis **13**a. In some implementations, the plane of rotation of the distal ends of the blades (or other distal ends of blending component **133**) that define blade diameter **13**d may be orthogonal to the direction of rotational axis **13**a. In some implementations, blade diameter **13**d may be at least 50% of base diameter **11**a. In some implementations, blade diameter **13**d may be about 60% of base diameter **11**a. In some implementations, blade diameter **13**d may range between 50% and 70% of base diameter **11**a. In some implementations, blade diameter **13**d may range between 60% and 70% of base diameter **11**a. In some implementations, blade diameter **13**d may range between 60% and 80% of base diameter **11**a. FIG. **7** shows set of blades **13** may be supported by a shaft **13**c mounted on an upper blade mount **13**e. FIGS. **9** and **10** show a lower blade mount **13**f arranged below upper blade mount **13**e. Below lower blade mount **13**f is a surface **13**g. In some implementations, surface **13**g may form the lowest point for foodstuffs during blending. By virtue of the stepwise structure formed by upper blade mount **13**e, lower blade mount **13**f, and surface **13**g, foodstuffs may be blended more efficiently. For example, ice may be crushed more finely using fewer rotations of the blades. In some implementations, the horizontal plane that coincides with the top surface of upper blade mount **13**e may be orthogonal to rotational axis **13**a. Alternatively, and/or simultaneously, in some implementations, the horizontal plane that coincides with the top surface of lower blade mount **13**f may be orthogonal to rotational axis **13**a. Alternatively, and/or simultaneously, in some implementations, the horizontal plane that coincides with surface **13**g may be orthogonal to rotational axis **13**a. In some implementations, the plane of rotation of the distal ends of the blades (or other distal ends of blending component **133**) that define blade diameter **13**d may be parallel to one or more of the top surface of upper blade mount **13**e, the top surface of lower blade mount **13**f, and/or surface **13**g. As used herein, phrases pertaining to dimensions, such as various diameters, may refer to either blending component **133**, set of blades **13**, and/or both. For example, blade diameter **13**d may refer to a blending bar, or to set of blades **13**, and/or to other types of blending components.

In some implementations, blending component **133** may be mounted permanently on base assembly **11** such that base assembly **11** forms an integral whole. In some implementations, base assembly **11** may have a conical shape, wherein the bottom of the conical shape may have a diameter between 2 and 4 inches, and wherein the top of the conical shape may have a diameter between 2 and 4 inches. For example, the bottom of base assembly **11** may be wider than the top of base assembly **11**, as depicted in FIG. **7**.

Referring to FIG. **1**, container assembly **12** may include one or more of a proximal end **21**, a distal end **22**, a container body **20**, a second mechanical coupling **26**, a cap **24**, a coupling **24**a, a carrying strap **3**, and/or other components.

6

Container body **20** may form a vessel to hold and/or contain foodstuffs within container assembly **12**. In some implementations, container body **20** may be a cylindrical body and/or have a cylindrical shape, as depicted in different views in FIGS. **12-16**. In some implementations, container body **20** may be open at one or both ends. In some implementations, container body **20** may be closed at the bottom. In some implementations, the dimensions of container assembly **12** may be such that the internal volume of container assembly **12** can hold 8, 10, 12, 14, 16, 18, 20, 22, 24, 28, 32, 36, 48, or more ounces. In some implementations, container assembly **12** and/or container body **20** may have cylindrical shapes. As shown in FIG. **13**, in some implementations, the cylindrical shapes of container assembly **12** and/or container body **20** may have a container diameter **20**d between 2 and 4 inches (as measured at or near the bottom of container body **20**). In some implementations, container body **20** may have a container diameter **20**e at or near second mechanical coupling **16**b. In some implementations, container diameter **20**d and/or container diameter **20**e may be between 3 and 3.5 inches. In some implementations, container body **20** may be transparent. Referring to FIG. **13**, in some implementations, second mechanical coupling **16**b may be a male threaded coupling configured to fit together with first mechanical coupling **16**a of base assembly **11** (in FIG. **12**). In some implementations, coupling **24**a may be a threaded coupling configured to fit together with cap **24**. In some implementations, blade diameter **13**d (see FIG. **7**) may be at least 50% of container diameter **20**d (FIG. **13**). In some implementations, blade diameter **13**d may be about 60% of container diameter **20**d. In some implementations, blade diameter **13**d may range between 50% and 70% of container diameter **20**d. In some implementations, blade diameter **13**d may range between 60% and 70% of container diameter **20**d. In some implementations, blade diameter **13**d may range between 60% and 80% of container diameter **20**d. Alternatively, and/or simultaneously, in some implementations, blade diameter **13**d (see FIG. **7**) may be at least 50% of container diameter **20**e (FIG. **13**). In some implementations, blade diameter **13**d may be about 60% of container diameter **20**e. In some implementations, blade diameter **13**d may range between 50% and 70% of container diameter **20**e. In some implementations, blade diameter **13**d may range between 60% and 70% of container diameter **20**e. In some implementations, blade diameter **13**d may range between 60% and 80% of container diameter **20**e.

Referring to FIG. **1**, electrical motor **14** may be configured to rotationally drive blending component **133**. In some implementations, electrical motor **14** may operate at a voltage between 5V and 10V. In one or more preferential implementations, electrical motor **14** may operate at a voltage of about 7.4V. In some implementations, electrical motor **14** may be configured to spin blending component **133** at a maximum speed between 20,000 rotations per minute (RPM) and 35,000 RPM. In one or more preferential implementations, electrical motor **14** may spin blending component **133** at a maximum speed of about 22,000 RPM. Electrical motor may be configured to be powered by rechargeable battery **15**. Simultaneously, in some implementations, electrical motor **14** may be further configured to be powered through standardized charging interface **25**, though that may not be the preferred way of operating blender **100**. In one or more preferential implementations, no power is (or need be) supplied to electrical motor **14** from an external power source during blending by blender **100**. In some implementations, control circuit **17** may be configured to control electrical motor **14** during rotation of blending

US 10,828,612 B1

7

component 133. For example, control circuit 17 may control the speed of the rotation of blending component 133 during blending by blender 100.

By way of non-limiting example, FIG. 11 shows a front view of blender 100 with an indication for a cross-sectional view labeled "A-A", and FIG. 11A shows a cross-sectional view 100a of blender 100 labeled "SECTION A-A" as indicated in FIG. 11. FIG. 11A shows the position and arrangement of electrical motor 14 in relation to set of blades 13 and rotational axis 13a. As depicted, electrical motor 14 and set of blades 13 may be offset from being centered within blender 100. The front of blender 100 is depicted on the right-hand side in FIG. 11A, illustrating that electrical motor 14 and set of blades 13 may be offset towards the back of blender 100.

By way of non-limiting example, FIG. 8 shows a side view of base assembly 11 of blender 100 in a manner that depicts the position and arrangement of set of blades 13 and rotational axis 13a in relation to the rest of base assembly 11. In particular, the cylindrical shape of base body 11b may have a longitudinal axis 100b, which is a geometric 2-dimensional line extending indefinitely through base assembly 11 (and/or blender 100). Longitudinal axis 100b is not a physical axis. Instead, the shape of base assembly 11 (particularly base body 11b) may be symmetrical around longitudinal axis 100b. In some implementations, longitudinal axis 100b may coincide with the center line through base body 11b from top to bottom. FIG. 8 shows an offset 13x between rotational axis 13a and longitudinal axis 100b. Set of blades 13 (or blending component 133) may be offset towards the back of base assembly 11. In some implementations, electrical motor 14 is offset towards the back of base assembly 11, e.g., by a similar offset distance as used for positioning set of blades 13. In some implementations, offset 13x may be between 5% and 15% of container diameter 20d (FIG. 13). In some implementations, offset 13x may be between 8% and 12% of container diameter 20d (FIG. 13). In some implementations, offset 13x may be between 5% and 15% of container diameter 20e (FIG. 13). In some implementations, offset 13x may be between 10% and 20% of container diameter 20e (FIG. 13). In some implementations, offset 13x may be between 5% and 15% of blade diameter 13d (FIG. 7). In some implementations, offset 13x may be between 10% and 14% of blade diameter 13d (FIG. 7). In some implementations, offset 13x may be between 15% and 20% of blade diameter 13d (FIG. 7). In some implementations, offset 13x may be between 20% and 40% of blade diameter 13d (FIG. 7). In some implementations, offset 13x may be between 5% and 40% of blade diameter 13d (FIG. 7). In some implementations, offset 13x may be between 5% and 15% of base diameter 11a (FIG. 7). In some implementations, offset 13x may be between 10% and 20% of base diameter 11a (FIG. 7). In some implementations, offset 13x may be between 20% and 40% of base diameter 11a (FIG. 7). In some implementations, offset 13x may be between 5% and 40% of base diameter 11a (FIG. 7).

Referring to FIG. 1, rechargeable battery 15 may be configured to power electrical motor 14. In some implementations, rechargeable battery 15 may be configured to power electrical motor 14 such that, during blending by blender 100, no power is supplied to electrical motor 14 from an external power source. In some implementations, rechargeable battery 15 may be non-removable. As used herein, the term "non-removable" may mean not accessible to users during common usage of blender 100, including charging, blending, cleaning, and storing for later use. In some implementations, rechargeable battery 15 may be not user-re-

8

placeable. In some implementations, rechargeable battery 15 may be user-replaceable. In some implementations, rechargeable battery 15 may be store-bought. In some implementations, rechargeable battery 15 may have a capacity between 1000 mAh and 6000 mAh. In one or more preferential implementations, rechargeable battery 15 may have a capacity of about 2500 mAh. In some implementations, control circuit 17 may be configured to control charging of rechargeable battery 15. For example, control circuit 17 may control the transfer of electrical power through standardized charging interface 25 into rechargeable battery 15. For example, responsive to a detection that rechargeable battery 15 is fully charged, control circuit 17 may prevent the transfer of electrical power through standardized charging interface 25 into rechargeable battery 15.

Standardized charging interface 25 may be configured to conduct electrical power to rechargeable battery 15. In some implementations, standardized charging interface 25 may be configured to conduct electrical power to charge rechargeable battery 15, e.g., from an external power source. In some implementations, standardized charging interface 25 may be configured to support wireless charging of rechargeable battery 15, e.g., from an external power source, including but not limited to induction-based charging. In some implementations, standardized charging interface 25 may be a universal serial bus (USB) port configured to receive an electrical connector for charging rechargeable battery 15. In such a case, the electrical connector may be connected to an external power source. In some implementations, standardized charging interface 25 may be covered for protection and/or other reasons.

Detector 18 may be configured to detect whether first mechanical coupling 16a of base assembly 11 is engaged with second mechanical coupling 16b of container assembly 12. In some implementations, detector 18 may be configured to detect whether base assembly 11 is coupled to container assembly 12 in a manner operable and suitable for blending by blender 100. In some implementations, operation of detector 18 may use one or more magnetic elements. For example, in some implementations, one or more magnetic elements are included in container body 20 at or near proximal end 21 of container assembly 12. Engagement may be detected responsive to these one or more magnetic elements being aligned and sufficiently close to one or more matching magnetic elements that may be included in base assembly 11 (e.g., at or near first mechanical coupling 16a of base assemble 11). In some implementations, blender 100 may include one or more alignment indicators 19, depicted in FIG. 1 as matching triangles, to visually aid the user in aligning base assembly 11 with container assembly 12 in a manner operable and suitable for blending. In some implementations, one or more alignment indicators 19 may be in the front, in the back, and/or in other parts of blender 100.

Power interface 29 may be part of the user interface of blender 100. Power interface 29 may be configured to be engaged manually by the user, for example by pushing power interface 29 to turn blender 100 on and off. In some implementations, power interface 29 may include a power button configured to be manually engaged by the user. In some implementations, power interface 29 may support multiple types of manual engagement, including but not limited to a first type of manual engagement, a second type of manual engagement, a third type of manual engagement, and so forth. By way of non-limiting example, the first type of manual engagement may include pressing the power button and holding the power button depressed for at least a specified duration. For example, the specified duration may

US 10,828,612 B1

9

be at least 3 seconds, at least 4 seconds, at least 5 seconds, and/or another specified duration. By way of non-limiting example, the second type of manual engagement may include pressing and releasing the power button at least three times within a specified amount of time. For example, the specified amount of time may be between 1 and 3 seconds, between 2 and 4 seconds, and/or another specified amount of time. Other types of manual engagement may be contemplated within the scope of this disclosure, including but not limited to patterns of pressing and releasing the power button.

In some implementations, power interface 29 may be configured to facilitate transitions between different modes of operation of rechargeable blender 100. In some implementations, the different modes of operation may include at least a locked mode of operation, an unlocked mode of operation, and/or other modes of operation. In some implementations, transitions between different modes of operation may occur responsive to detection of one or more particular types (or patterns) of manual engagement of power interface 29.

In some implementations, control by a user of blender 100 may be based on a switch (not shown), a button, a touch-screen (not shown), voice-controlled operation (not shown), gesture-based operation (not shown), and/or other types of user interfaces suitable to turn consumer appliances on and off. Power interface 29 may be configured to illuminate in various colors (red, blue, purple, etc.) and/or patterns (solid, fast blinking, slow blinking, alternating red and blue, etc.). Power interface 29 may convey information regarding the operational status of blender 100 to a user. The operation status of blender 100 may be determined by control circuitry 17. Power interface 29 may be controlled by control circuitry 17. For example, if power interface 29 is solid purple, blender 100 may be charging and/or insufficiently charged to blend. For example, if power interface 29 is solid blue, blender 100 may be ready for blending. For example, if power interface 29 is alternating red and blue, blender 100 may not be ready for blending due to base assembly 11 and container assembly 12 not being coupled properly and/or fully. For example, in some implementations, threaded couplings between assembly 11 and container assembly 12 may need to be tightened sufficiently for proper blending, and power interface 29 may warn the user when the treaded couplings are not tightened sufficiently.

Control circuitry 17 may be configured to control different functions and/or operations of blender 100, including but not limited to turning blender 100 on and off, transitioning between different modes of operation, charging of rechargeable battery 15, controlling of electrical motor 14 regarding and/or during rotation of blending component 133, determining whether mechanical couplings 16 are engaged properly for blending, controlling operation of power interface 29, and/or performing other functions for blender 100. In some implementations, control circuitry 17 may be configured to prevent rotation of blending component 133 responsive to a determination that mechanical couplings 16 are not engaged (or not engaged properly for the intended operation of blender 100). In some implementations, control circuitry 17 may be configured to control power interface 29 to convey information regarding the operational status of blender 100 to a user. For example, power interface 29 may include a light that can illuminate in various colors and/or patterns. In some implementations, control circuitry 17 may be implemented as a printed circuit board (PCB).

In some implementations, control circuitry 17 may be configured to control operation of power interface 29 to

10

enable transitions between different modes of operation. For example, during a locked mode of operation, responsive to detection of a first type of manual engagement of power interface 29, control circuitry 17 may be configured to transition to an unlocked mode of operation. For example, during an unlocked mode of operation, responsive to detection of a second type of manual engagement of power interface 29, control circuitry 17 may be configured to transition to a locked mode of operation. In some implementations, control circuitry 17 may be configured to prevent rotation of blending component 133 in the locked mode of operation. In some implementations, control circuitry 17 may be configured to allow rotation of blending component 133 in the unlocked mode of operation. In some implementations, control circuitry 17 may be configured to allow rotation of blending component 133 in the unlocked mode of operation, provided that base assembly 11 is coupled to container assembly 12 in a manner operable and suitable for blending by rechargeable blender 100.

By way of non-limiting example, FIG. 3A illustrates state transitions in a state diagram 30a as may be used by rechargeable blender 100, e.g., responsive to different types of manual engagement of a power interface as described elsewhere in this disclosure. As depicted, state diagram 30a may include a first state 35a (labeled "S1") and a second state 35b (labeled "S2"). First state 35a may correspond to a locked mode of operation of rechargeable blender 100. Second state 35b may correspond to an unlocked mode of operation of rechargeable blender 100. As depicted here, a first transition 31 may transition the mode of operation of rechargeable blender 100 from first state 35a to second state 35b. A second transition 32 may transition the mode of operation of rechargeable blender 100 from second state 35b to first state 35a. First transition 31 may occur responsive to detection of a first type of manual engagement of a power button and/or power interface. Second transition 32 may occur responsive to detection of a second type of manual engagement of a power button and/or power interface. For example, the first type of manual engagement may include pressing the power button and holding the power button depressed for at least a specified duration. In some implementations, the second type of manual engagement may be similar to the first type of manual engagement. In some implementations, the second type of manual engagement may be different from the first type of manual engagement. For example, the second type of manual engagement may include pressing and releasing the power button at least three times within a specified amount of time.

By way of non-limiting example, FIG. 3B illustrates state transitions in a state diagram 30b as may be used by rechargeable blender 100, e.g., responsive to different types of manual engagement of a power interface as described elsewhere in this disclosure. As depicted, state diagram 30b may include a first state 35a (labeled "S1"), a second state 35b (labeled "S2"), and a third state 35c (labeled "S3"). First state 35a may correspond to a locked mode of operation of rechargeable blender 100. Second state 35b may correspond to an unlocked mode of operation of rechargeable blender 100. Third state 35c may correspond to a different and/or intermediate mode of operation of rechargeable blender 100. As depicted in state diagram 30b, a first transition 31 may transition the mode of operation of rechargeable blender 100 from first state 35a to third state 35c. A second transition 32 may transition the mode of operation of rechargeable blender 100 from second state 35b to first state 35a. A third transition 33 may transition the mode of operation of rechargeable blender 100 from third state 35c to second state

US 10,828,612 B1

11

35*b*. First transition 31 may occur responsive to detection of a first type of manual engagement of a power button and/or power interface. Second transition 32 may occur responsive to detection of a second type of manual engagement of a power button and/or power interface. Third transition 33 may occur responsive to detection of a third type of manual engagement of a power button and/or power interface.

By way of non-limiting example, FIG. 3C illustrates state transitions in a state diagram 30*c* as may be used by rechargeable blender 100, e.g., responsive to different types of manual engagement of a power interface as described elsewhere in this disclosure. As depicted, state diagram 30*c* may include a first state 35*a* (labeled "S1"), a second state 35*b* (labeled "S2"), and a third state 35*c* (labeled "S3"). First state 35*a* may correspond to a locked mode of operation of rechargeable blender 100. Second state 35*b* may correspond to an unlocked mode of operation of rechargeable blender 100. Third state 35*c* may correspond to a different and/or intermediate mode of operation of rechargeable blender 100. As depicted in state diagram 30*c*, a first transition 31 may transition the mode of operation of rechargeable blender 100 from first state 35*a* to second state 35*b*. A second transition 32 may transition the mode of operation of rechargeable blender 100 from third state 35*c* to first state 35*a*. A third transition 33 may transition the mode of operation of rechargeable blender 100 from second state 35*b* to third state 35*c*. First transition 31 may occur responsive to detection of a first type of manual engagement of a power button and/or power interface. Second transition 32 may occur responsive to detection of a second type of manual engagement of a power button and/or power interface. Third transition 33 may occur responsive to detection of a third type of manual engagement of a power button and/or power interface.

By way of non-limiting example, FIG. 3D illustrates state transitions in a state diagram 30*d* as may be used by rechargeable blender 100, e.g., responsive to different types of manual engagement of a power interface as described elsewhere in this disclosure. As depicted, state diagram 30*c* may include a first state 35*a* (labeled "S1"), a second state 35*b* (labeled "S2"), a third state 35*c* (labeled "S3"), and a fourth state 35*d* (labeled "S4"). First state 35*a* may correspond to a locked mode of operation of rechargeable blender 100. Second state 35*b* may correspond to an unlocked mode of operation of rechargeable blender 100. Third state 35*c* and fourth state 35*d* may correspond to different and/or intermediate modes of operation of rechargeable blender 100. As depicted in state diagram 30*d*, a first transition 31 may transition the mode of operation of rechargeable blender 100 from first state 35*a* to third state 35*c*. A second transition 32 may transition the mode of operation of rechargeable blender 100 from fourth state 35*d* to first state 35*a*. A third transition 33 may transition the mode of operation of rechargeable blender 100 from third state 35*c* to second state 35*b*. A fourth transition 34 may transition the mode of operation of rechargeable blender 100 from second state 35*b* to fourth state 35*d*. First transition 31 may occur responsive to detection of a first type of manual engagement of a power button and/or power interface. Second transition 32 may occur responsive to detection of a second type of manual engagement of a power button and/or power interface. Third transition 33 may occur responsive to detection of a third type of manual engagement of a power button and/or power interface. Fourth transition 34 may occur responsive to detection of a fourth type of manual engagement of a power button and/or power interface. In some implementations, different types of manual engagement may be similar to each other.

12

Referring to FIG. 1, cap 24 may be disposed at or near distal end 22 of container assembly 12. In some implementations, cap 24 may be removable. For example, removing cap 24 may create an opening at distal end 22 of container assembly 12. In some implementations, blended foodstuffs may be removed through this opening, e.g., by pouring. By way of non-limiting example, FIG. 17A illustrates a front view of cap 24, FIG. 17B shows an isometric elevated view of cap 24, and FIG. 17C shows a bottom view of cap 24. In some implementations, cap 24 may include a threaded coupling 27*b* that is configured to engage with container body 20 (as shown in FIG. 1 and FIG. 6). In some implementations, the combination of cap 24 and filter 27 may include a threaded coupling that is configured to engage with container body 20. In some implementations, cap 24 may include a spout, indentation, and/or other shape of its structure that may be used to pour and/or drink from. For example, such an opening may be coverable during blending of blender 100.

Referring to FIG. 1, in some implementations, coupling 24*a* of container assembly 12 may be configured to removably couple cap 24 to container body 20 and/or other components of container assembly 12. In some implementations, coupling 24*a* may be a threaded coupling. In some implementations, coupling 24*a* may have a parallel thread.

Referring to FIG. 1, carrying strap 3 may be configured to carry blender 100. In some implementations, carrying strap 3 may be attached to cap 24 as depicted in FIG. 1. Alternatively, in some implementations, carrying strap 3 may be attached to container assembly 12, e.g., to container body 20.

FIG. 2 illustrates a method 200 for facilitating secure localized communications in a local communications network, in accordance with one or more implementations. The operations of method 200 presented below are intended to be illustrative. In some implementations, method 200 may be accomplished with one or more additional operations not described, and/or without one or more of the operations discussed. Additionally, the order in which the operations of method 200 are illustrated in FIG. 2 and described below is not intended to be limiting.

In some implementations, method 200 may be implemented using one or more processing devices (e.g., a digital processor, an analog processor, a digital circuit designed to process information, an analog circuit designed to process information, a state machine, and/or other mechanisms for electronically processing information). The one or more processing devices may include one or more devices executing some or all of the operations of method 200 in response to instructions stored electronically on an electronic storage medium. The one or more processing devices may include one or more devices configured through hardware, firmware, and/or software to be specifically designed for execution of one or more of the operations of method 200.

At an operation 202, the foodstuffs are held within a cylindrical body during blending by the rechargeable blender. The cylindrical body is included in the container assembly. In some embodiments, operation 202 is performed by a container assembly the same as or similar to container assembly 12 (shown in FIG. 1 and described herein).

At an operation 204, a detection is made whether the base assembly is coupled to the container assembly in a manner operable and suitable for blending by the rechargeable blender. In some embodiments, operation 204 is performed by a detector the same as or similar to detector 18 (shown in FIG. 1 and described herein).

US 10,828,612 B1

13

At an operation **206**, a first type of manual engagement of the power interface by a user is detected. In some embodiments, operation **206** is performed by a power interface and/or by control circuitry the same as or similar to power interface **29** and/or control circuitry **17** (shown in FIG. 1 and described herein).

At an operation **208**, a second type of manual engagement of the power interface by the user is detected. In some embodiments, operation **208** is performed by a power interface and/or by control circuitry the same as or similar to power interface **29** and/or control circuitry **17** (shown in FIG. 1 and described herein).

At an operation **210**, during the locked mode of operation, responsive to detecting the first type of manual engagement of the power interface, the mode of operation of the rechargeable blender is transitioned to the unlocked mode of operation. In some embodiments, operation **210** is performed by control circuitry the same as or similar to control circuitry **17** (shown in FIG. 1 and described herein).

At an operation **212**, during the unlocked mode of operation, responsive to detecting the second type of manual engagement of the power interface, the mode of operation of the rechargeable blender is transitioned to the locked mode of operation. In some embodiments, operation **212** is performed by control circuitry the same as or similar to control circuitry **17** (shown in FIG. 1 and described herein).

At an operation **214**, rotation of the blending component is selectively allowed or prevented. The rotation of the blending component is prevented in the locked mode of operation. The rotation of the blending component is allowed in the unlocked mode of operation and, in some implementations, responsive to the detection that the base assembly is coupled to the container assembly in a manner operable and suitable for blending by the rechargeable blender. In some embodiments, operation **214** is performed by control circuitry the same as or similar to control circuitry **17** (shown in FIG. 1 and described herein).

Although the present technology has been described in detail for the purpose of illustration based on what is currently considered to be the most practical and preferred implementations, it is to be understood that such detail is solely for that purpose and that the technology is not limited to the disclosed implementations, but, on the contrary, is intended to cover modifications and equivalent arrangements that are within the spirit and scope of the appended claims. For example, it is to be understood that the present technology contemplates that, to the extent possible, one or more features of any implementation can be combined with one or more features of any other implementation.

What is claimed is:

**1**. A rechargeable blender configured to blend foodstuffs, the blender comprising:

a base assembly, a container assembly, a blending component, and control circuitry,

wherein the blending component is configured to rotate around a rotational axis and blend the foodstuffs during blending by the blender,

wherein the base assembly includes:

an electrical motor configured to drive rotation of the blending component, wherein the electrical motor is integrated into the base assembly;

a rechargeable battery configured to power the electrical motor;

standardized charging interface configured to conduct electrical power to the rechargeable battery; and

a power interface configured to be engaged manually by the user, wherein the power interface includes a

14

power button, wherein the power interface is configured to facilitate transitions between at least two modes of operation of the blender, wherein the at least two modes of operation include a locked mode of operation and an unlocked mode of operation, and wherein the power interface is further configured, during the unlocked mode of operation, to activate the rotation of the blending component responsive to a particular manual engagement of the power interface by the user;

wherein the container assembly is configured to hold the foodstuffs within a cylindrical container body during blending by the blender, wherein the container assembly includes:

a proximal end that is open and that is disposed, subsequent to the base assembly being coupled to the container assembly, near the blending component; and

a distal end opposite the proximal end;

wherein the control circuitry is configured to:

control the electrical motor during the rotation of the blending component,

control operation of the power interface to enable a first transition from the locked mode of operation to the unlocked mode of operation, wherein the first transition occurs responsive to a first type of manual engagement of the power interface by the user,

control the operation of the power interface to enable a second transition from the unlocked mode of operation to the locked mode of operation, wherein the second transition occurs responsive to a second type of manual engagement of the power interface by the user,

selectively allow or prevent the rotation of the blending component based on whether the blender is currently operating in the locked mode of operation or the unlocked mode of operation, wherein the rotation of the blending component is prevented in the locked mode of operation such that the particular manual engagement of the power interface fails to activate the rotation of the blending component, and wherein the rotation of the blending component is allowed in the unlocked mode of operation and activated responsive to the particular manual engagement.

**2**. The blender of claim **1**, wherein the blending component is a set of blades.

**3**. The blender of claim **1**, wherein the blending component is a blending bar.

**4**. The blender of claim **1**, further comprising a detector configured to make a detection whether the base assembly is coupled to the container assembly in a manner operable and suitable for blending by the blender, wherein the rotation of the blending component is further prevented based on the detection by the detector that the base assembly is not coupled to the container assembly in a manner operable and suitable for blending by the blender, and wherein the rotation of the blending component is allowable responsive to the detection by the detector that the base assembly is coupled to the container assembly in a manner operable and suitable for blending by the blender.

**5**. The blender of claim **1**, wherein the first type of manual engagement of the power interface by the user includes pressing the power button and holding the power button depressed for at least a specified duration, wherein the duration is at least 3 seconds, and wherein the first type of manual engagement is different than the particular manual engagement of the power interface.

US 10,828,612 B1

15

6. The blender of claim 5, wherein the second type of manual engagement of the power interface by the user includes pressing and releasing the power button at least three times within a specified amount of time, wherein the specified amount of time is between 1 and 3 seconds.

7. The blender of claim 1, wherein the blending component is included in and mounted permanently to the base assembly.

8. The blender of claim 1, wherein the locked mode of operation and the unlocked mode of operation are mutually exclusive.

9. The blender of claim 1, wherein the electrical motor is integrated permanently into the base assembly, and wherein the rechargeable battery is integrated permanently into the base assembly such that the base assembly forms an integral whole.

10. The blender of claim 1, wherein the base assembly includes a first mechanical coupling configured to couple the base assembly to the container assembly, wherein the container assembly includes a second mechanical coupling disposed at or near the proximal end of the container

16

assembly, wherein the second mechanical coupling is configured to engage the first mechanical coupling of the base assembly to couple the base assembly to the base assembly.

11. The blender of claim 4, wherein the cylindrical container body includes one or more magnetic elements disposed at or near the proximal end of the container assembly, and wherein detection by the detector is based on proximity of magnetic elements in the detector with the one or more magnetic elements included in the cylindrical container body.

12. The blender of claim 1, wherein the standardized charging interface is a universal serial bus (USB) port configured to receive an electrical connector for charging the rechargeable battery.

13. The blender of claim 1, wherein the standardized charging interface is configured to support wireless charging of the rechargeable battery.

14. The blender of claim 1, wherein the container assembly has a volume between 8 ounces and 48 ounces.

* * * * *

# EXHIBIT D

US00D981179S

(12) **United States Design Patent** (10) Patent No.: **US D981,179 S**

Pamplin

(45) Date of Patent: ** **Mar. 21, 2023**

(54) **BASE OF A BATTERY-POWERED PORTABLE BLENDER**

(71) Applicant: **BlendJet Inc.**, Benicia, CA (US)

(72) Inventor: **Ryan Michael Pamplin**, San Juan, PR (US)

(73) Assignee: **BlendJet Inc.**, Benicia, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/759,291**

(22) Filed: **Nov. 20, 2020**

(51) **LOC (14) Cl.** .............................. **07-04**

(52) **U.S. Cl.**
USPC ........................................ **D7/412**

(58) **Field of Classification Search**
USPC ........ D7/305, 306, 368, 372, 376, 377, 378, D7/379, 380, 381, 382, 383, 384, 385, D7/386, 412, 413, 414, 415, 665, 679, D7/693, 694
CPC .... A21C 1/02; A21C 1/04; A23N 1/00; A23N 1/02; A47J 36/10; A47J 42/46; A47J 43/04; A47J 43/042; A47J 43/046; A47J 43/0711; A47J 43/0716; A47J 43/0722; A47J 43/0727; A47J 43/075; A47J 43/0761; A47J 43/085; A47J 43/087; A47J 43/25; B01F 35/2115; B02C 1/08; B02C 2/04; B02C 4/42; B02C 4/142; B02C 4/143; B02C 4/423; B02C 13/1835; B28C 5/10; B28C 5/14; B28C 5/16
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 903,927 | A | 11/1908 | Wendler |
| D123,477 | S | 11/1940 | Fetman et al. |
| 3,931,494 | A | 1/1976 | Fisher |
| 4,095,090 | A | 6/1978 | Pianezza |
| D260,350 | S | 8/1981 | Kahlcke |
| 4,435,084 | A | 3/1984 | Calhoun |
| D274,792 | S | 7/1984 | Price |
| 4,487,509 | A | 12/1984 | Boyce |
| 4,629,131 | A | 12/1986 | Podell |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 201398891 | 2/2010 |
| CN | 101258964 B | 7/2011 |

(Continued)

OTHER PUBLICATIONS

Mialoe Portable Juicer Blender, posted at Amazon.com on Oct. 12, 2017, [site visited Jul. 27, 2022]. Available from internet, URL: <https://www.amazon.com/Portable-Updated-Rechargeable-Magnetic-Electric/dp/B076DFV3KT?th=1> (Year: 2017).*

(Continued)

*Primary Examiner* — Andrew Kerr
*Assistant Examiner* — Chariton Alexakis
(74) *Attorney, Agent, or Firm* — Esplin & Associates, PC

(57) **CLAIM**

The ornamental design for a base of a battery-powered portable blender, as shown and described.

**DESCRIPTION**

FIG. **1** is a top-left perspective view of a base of a battery-powered portable blender showing the new design;
FIG. **2** is a front view thereof;
FIG. **3** is a rear view thereof;
FIG. **4** is a right view thereof;
FIG. **5** is a left view thereof; and,
FIG. **6** is a top view thereof.
The portions shown in broken lines form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



## US D981,179 S

Page 2

(56)  **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,741,482 | A | 5/1988 | Coggiola |
| 4,930,709 | A | 6/1990 | Steffens |
| D315,475 | S | 3/1991 | Finger |
| D343,987 | S | 2/1994 | Rotte |
| D349,650 | S | 8/1994 | Lonczak |
| 5,425,579 | A | 6/1995 | Sampson |
| 5,639,161 | A | 6/1997 | Sirianni |
| 5,720,552 | A | 2/1998 | Schindlegger |
| 5,908,037 | A | 6/1999 | Pierson |
| 5,911,504 | A | 6/1999 | Schindlegger, Jr. |
| D417,815 | S | 12/1999 | Endres |
| D448,236 | S | 9/2001 | Murray |
| 6,331,070 | B1 | 12/2001 | Desai |
| D471,455 | S | 3/2003 | Laveault |
| 6,532,863 | B1 | 3/2003 | Lee |
| 6,568,843 | B1 | 5/2003 | Lai |
| 6,614,206 | B1 | 9/2003 | Wong |
| 6,796,705 | B1 | 9/2004 | Khubani |
| D504,818 | S | 5/2005 | Bakic |
| 6,962,432 | B2 | 11/2005 | Hofeldt |
| D518,994 | S | 4/2006 | Lin |
| D522,318 | S | 6/2006 | McGuyer |
| D536,975 | S | 2/2007 | Smith |
| D548,523 | S | 8/2007 | Greenson |
| D550,506 | S | 9/2007 | Spitzer |
| D560,445 | S | 1/2008 | Tardif |
| 7,314,307 | B2 | 1/2008 | Cai |
| 7,364,348 | B1 | 4/2008 | Jones |
| 7,384,182 | B2 | 6/2008 | Bhavnani |
| 7,422,362 | B2 | 9/2008 | Sands |
| D580,702 | S | 11/2008 | Holcomb |
| D587,136 | S | 2/2009 | Friebe |
| 7,518,343 | B2 | 4/2009 | Veselic |
| D603,215 | S | 11/2009 | Hollinger |
| D603,704 | S | 11/2009 | Jost |
| D604,101 | S | 11/2009 | Sands |
| D617,145 | S | 6/2010 | Picozza |
| D621,206 | S | 8/2010 | Matta |
| D624,359 | S | 9/2010 | Schleinzer |
| D634,155 | S | * | 3/2011 | Duncan ......................... D7/372 |
| D635,019 | S | 3/2011 | Goto |
| 7,938,574 | B2 | 5/2011 | McGill |
| D640,502 | S | 6/2011 | Picozza |
| D640,556 | S | 6/2011 | Bragg |
| D647,365 | S | 10/2011 | Audette |
| 8,056,848 | B1 | 11/2011 | Liang |
| D663,202 | S | 7/2012 | Biesecker |
| D669,304 | S | 10/2012 | Bock |
| D682,030 | S | 5/2013 | Ezechukwu |
| D684,817 | S | 6/2013 | Leavitt |
| D686,869 | S | 7/2013 | Shoshan |
| D690,152 | S | 9/2013 | Palermo |
| D700,013 | S | 2/2014 | Chu |
| D701,615 | S | 3/2014 | Pluska |
| D708,902 | S | 7/2014 | Audette |
| D709,325 | S | 7/2014 | Guo |
| D716,096 | S | 10/2014 | Krooshof |
| 8,851,739 | B2 | 10/2014 | Gonzalez |
| 8,950,930 | B2 | 2/2015 | Wang |
| D723,872 | S | 3/2015 | Kostler |
| D728,302 | S | * | 5/2015 | Vu ......................... D7/378 |
| D729,573 | S | 5/2015 | Moon |
| 9,035,222 | B2 | 5/2015 | Alexander |
| 9,039,274 | B1 | 5/2015 | Corda |
| D731,242 | S | 6/2015 | Machovina |
| 9,049,967 | B1 | 6/2015 | Golino |
| 9,134,020 | B1 | 9/2015 | Wells |
| D742,683 | S | 11/2015 | Kim |
| D758,799 | S | 6/2016 | Audette |
| D761,056 | S | 7/2016 | Kemker |
| D765,462 | S | 9/2016 | Davies |
| D765,463 | S | 9/2016 | Affatato |
| D770,228 | S | 11/2016 | Pan |
| 9,549,639 | B2 | 1/2017 | Garr |
| D782,866 | S | 4/2017 | Suess |

| | | | |
|---|---|---|---|
| D784,071 | S | 4/2017 | Davies |
| D784,808 | S | 4/2017 | Berroa García |
| D785,402 | S | 5/2017 | Shirley |
| D786,614 | S | 5/2017 | Smith |
| D789,139 | S | 6/2017 | Repac |
| D789,735 | S | 6/2017 | Palermo |
| D793,803 | S | 8/2017 | Patel |
| D794,385 | S | 8/2017 | Lee |
| D799,963 | S | 10/2017 | Akiyama |
| D801,109 | S | 10/2017 | Lee |
| 9,775,467 | B2 | 10/2017 | Sapire |
| 9,787,130 | B2 | 10/2017 | Kim |
| 9,801,498 | B2 | 10/2017 | Fach |
| 9,814,331 | B2 | 11/2017 | Alexander |
| D804,258 | S | 12/2017 | Kim |
| 9,839,326 | B2 | 12/2017 | Sapire |
| D815,486 | S | 4/2018 | Suess |
| D816,394 | S | 5/2018 | Yeung |
| D816,994 | S | 5/2018 | Fischer |
| D817,080 | S | * | 5/2018 | Seidl ......................... A47J 43/25 |
| | | | | D7/377 |
| 10,010,213 | B2 | 7/2018 | Alexander |
| D826,631 | S | 8/2018 | Baron |
| D829,042 | S | 9/2018 | Duan |
| D829,496 | S | 10/2018 | Kim |
| D830,766 | S | 10/2018 | Treacy |
| D832,641 | S | 11/2018 | Sapire |
| D836,385 | S | 12/2018 | Arzunyan |
| 10,143,980 | B1 | 12/2018 | Marko |
| 10,188,229 | B2 | 1/2019 | Alexander |
| D842,020 | S | 3/2019 | Augustyn |
| D847,557 | S | * | 5/2019 | Kraemer ......................... D7/372 |
| 10,299,629 | B2 | 5/2019 | Bascom |
| 10,299,632 | B2 | 5/2019 | Vu |
| D850,259 | S | 6/2019 | Wiggins |
| D853,184 | S | 7/2019 | De Groote |
| 10,362,903 | B2 | 7/2019 | Mizrahi |
| D856,083 | S | 8/2019 | Lawson-Shanks |
| 10,383,482 | B1 | 8/2019 | Pamplin |
| 10,391,461 | B2 | 8/2019 | Alfoudari |
| 10,399,050 | B1 | 9/2019 | Bertsch |
| D867,806 | S | 11/2019 | Bodum |
| D867,807 | S | 11/2019 | Bodum |
| D871,831 | S | 1/2020 | Liu |
| D873,601 | S | 1/2020 | Sirju |
| 10,617,260 | B2 | 4/2020 | Sapire |
| D885,124 | S | 5/2020 | Yessin |
| D885,824 | S | 6/2020 | Neputy |
| D889,260 | S | 7/2020 | Hiltser |
| D891,191 | S | 7/2020 | Binyk |
| 10,702,837 | B1 | 7/2020 | Pamplin |
| D894,679 | S | * | 9/2020 | Cheng ......................... D7/403 |
| D895,348 | S | 9/2020 | Vignau-Lous |
| D896,566 | S | 9/2020 | Wang |
| 10,792,630 | B1 | 10/2020 | Pamplin |
| 10,799,071 | B2 | 10/2020 | Pamplin |
| D900,530 | S | 11/2020 | Kim |
| 10,828,612 | B1 | 11/2020 | Pamplin |
| D903,400 | S | 12/2020 | Li |
| D904,822 | S | 12/2020 | Koszylko |
| D905,494 | S | 12/2020 | Pataki |
| D905,496 | S | 12/2020 | Pamplin |
| D908,428 | S | 1/2021 | Pamplin |
| D911,107 | S | 2/2021 | Pamplin |
| D913,035 | S | 3/2021 | McCabe |
| D916,549 | S | * | 4/2021 | Li ......................... D7/378 |
| D918,636 | S | * | 5/2021 | Mangiarotti ......................... D7/318 |
| D918,719 | S | 5/2021 | Tamarindo |
| D920,736 | S | * | 6/2021 | Bock ......................... B01F 35/2115 |
| | | | | D7/378 |
| D921,419 | S | * | 6/2021 | Yang ......................... A47J 43/046 |
| | | | | D7/378 |
| D927,245 | S | * | 8/2021 | Peng ......................... A47J 43/046 |
| | | | | D7/372 |
| D927,254 | S | 8/2021 | Chen |
| D927,924 | S | 8/2021 | Lane |
| 11,229,891 | B2 | 1/2022 | Pamplin |
| D943,338 | S | * | 2/2022 | Feng ......................... A47J 43/0727 |
| | | | | D7/378 |

# US D981,179 S

Page 3

(56)                         **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D948,940 | S | 4/2022 | Pamplin |
| D953,103 | S | 5/2022 | Pamplin |
| 2001/0036124 | A1 | 11/2001 | Rubenstein |
| 2002/0117566 | A1 | 8/2002 | Cheng |
| 2002/0141286 | A1 | 10/2002 | Wulf |
| 2004/0159624 | A1 | 8/2004 | Miller |
| 2007/0182367 | A1 | 8/2007 | Partovi |
| 2007/0209528 | A1 | 9/2007 | Chang |
| 2007/0221068 | A1 | 9/2007 | Boussemart |
| 2007/0290555 | A1 | 12/2007 | Caren |
| 2008/0198691 | A1 | 8/2008 | Behar |
| 2008/0217284 | A1 | 9/2008 | Roth |
| 2008/0221739 | A1 | 9/2008 | Pryor |
| 2008/0259722 | A1 | 10/2008 | Sanford |
| 2008/0265838 | A1 | 10/2008 | Garg |
| 2009/0032627 | A1* | 2/2009 | Krasznai ................. A47J 42/46 |
| | | | 241/36 |
| 2010/0005977 | A1 | 1/2010 | Menashes |
| 2010/0301808 | A1 | 12/2010 | David |
| 2011/0024537 | A1 | 2/2011 | Gonzalez |
| 2011/0248126 | A1 | 10/2011 | Carriere |
| 2012/0080549 | A1 | 4/2012 | Rukavina |
| 2012/0167781 | A1 | 7/2012 | Lane |
| 2013/0010568 | A1 | 1/2013 | Bodum |
| 2013/0222991 | A1 | 8/2013 | McWilliams |
| 2014/0151479 | A1* | 6/2014 | Wu ..................... A47J 43/0727 |
| | | | 241/66 |
| 2014/0247686 | A1 | 9/2014 | Arnett |
| 2014/0301155 | A1 | 10/2014 | Montgomery |
| 2015/0023130 | A1 | 1/2015 | Foxlee |
| 2015/0117137 | A1 | 4/2015 | Haney |
| 2015/0165402 | A1 | 6/2015 | King |
| 2015/0283037 | A1 | 10/2015 | Trejo |
| 2015/0374175 | A1 | 12/2015 | Garr |
| 2016/0114935 | A1 | 4/2016 | Rönnholm |
| 2016/0235243 | A1 | 8/2016 | Grassia |
| 2016/0354740 | A1 | 12/2016 | Gonzalez |
| 2017/0104297 | A1 | 4/2017 | Scott |
| 2017/0110898 | A1 | 4/2017 | Kyriakoulis |
| 2018/0028991 | A1 | 2/2018 | Brotzki |
| 2018/0054142 | A1 | 2/2018 | Williams |
| 2018/0146826 | A1 | 5/2018 | Mizrahi |
| 2018/0160855 | A1 | 6/2018 | Krivos |
| 2018/0221836 | A1 | 8/2018 | Ni |
| 2019/0000275 | A1 | 1/2019 | Sapire |
| 2019/0082893 | A1 | 3/2019 | Faulkner-Edwards |
| 2019/0191962 | A1 | 6/2019 | Pieterman |
| 2019/0307287 | A1 | 10/2019 | Magatti |
| 2019/0363567 | A1 | 11/2019 | Kim |
| 2019/0365156 | A1 | 12/2019 | Vu |
| 2020/0061557 | A1 | 2/2020 | Bertsch |
| 2020/0114322 | A1 | 4/2020 | Bertsch |
| 2020/0135391 | A1 | 4/2020 | Kwon |
| 2020/0205615 | A1 | 7/2020 | Pamplin |
| 2020/0345181 | A1* | 11/2020 | Potaki ................. A47J 43/0722 |
| 2020/0359842 | A1* | 11/2020 | Koh ..................... A47J 43/046 |
| 2020/0390286 | A1 | 12/2020 | Pamplin |
| 2021/0354100 | A1* | 11/2021 | Sapire ................. B01F 35/2115 |
| 2022/0107691 | A1 | 4/2022 | Pamplin |
| 2022/0175192 | A1* | 6/2022 | Ahn ..................... A47J 43/046 |
| 2022/0285984 | A1 | 9/2022 | Pamplin |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 102949118 | A | 3/2013 |
| CN | 103841867 | A | 6/2014 |
| CN | 104084076 | A | 10/2014 |
| CN | 104385455 | A | 3/2015 |
| CN | 104473576 | A | 4/2015 |
| CN | 104808545 | A | 7/2015 |
| CN | 204467878 | U | 7/2015 |
| CN | 204520400 | | 8/2015 |
| CN | 205006717 | U | 2/2016 |
| CN | 105615698 | A | 6/2016 |
| CN | 205493613 | | 8/2016 |
| CN | 207194642 | U | 4/2018 |
| CN | 207444802 | U | 6/2018 |
| CN | 207768224 | U | 8/2018 |
| CN | 304785260 | S | 8/2018 |
| CN | 107080417 | B | 10/2018 |
| CN | 108937638 | | 12/2018 |
| CN | 209147461 | U | 7/2019 |
| CN | 210354282 | | 4/2020 |
| EP | 2220980 | | 8/2010 |
| GB | 2506926 | | 4/2014 |
| GB | 6021494 | * | 11/2017 |
| JP | D1669689 | | 10/2020 |
| WO | 2008047106 | | 4/2008 |
| WO | 2017157965 | | 9/2017 |
| WO | 2020191437 | | 10/2020 |

OTHER PUBLICATIONS

Luwsldirr Electric Blender, posted at Amazon.com on Nov. 23, 2019, [site visited Jul. 27, 2022]. Available from internet, URL: <https://www.amazon.com/dp/B081WD4QXC/> (Year: 2019).*
Ecpurchase Portable Blender USB Rechargeable. Date First Available on Amazon.com May 7, 2018. https://www.amazon.com/Portable-Blender-Rechargeable-Single-Personal/dp/B07CXM3CC3/. (Year: 2018) (1 page).
PCT International Search Report and Written Opinion, Application No. PCT/US19/63089, dated Feb. 19, 2020, dated 11 pages.
Youtube.com, BlendJet, Jen Seller's BlendJet Green Smoothie Recipe, Mar. 25, 2019, [site visited Nov. 4, 2021], Available on the Internet URL https://www.youtube.com/shorts/NIFC2ek3Qms (Year: 2019).
PCT International Search Report, International Application No. PCT/US2020/054447, dated Oct. 29, 2020, 7 pages.
PCT International Search Report and Written Opinion, Application No. PCT PCT/US2020/054471, dated Jan. 5, 2021 (8 pages.).
PCT International Search Report and Written Opinion, Application No. PCT/US2022/018497, dated Jun. 16, 2022, 10 pages.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6