IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAVORCO OPERATIONS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| SHARKNINJA OPERATING LLC, | ) |
| | ) **DEMAND FOR JURY TRIAL** |
| Defendants. | ) |

## PLAINTIFF'S FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff MavorCo Operations, LLC, discloses that it is a wholly owned subsidiary of Sandton Capital Solutions Master Fund VI, LP ("Sandton Capital"). No publicly held corporation owns 10% or more of Sandton Capital's stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)
J. Layne Lancaster (#7616)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mflynn@morrisnichols.com
llancaster@morrisnichols.com

*Attorneys for Plaintiff*

OF COUNSEL:

Jennifer A. Kash
Francesca M. S. Germinario
Richard Lin
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
(650) 351-7248

March 3, 2026