IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAVORCO OPERATIONS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-223 (MN) |
| | ) | |
| SHARKNINJA OPERATING LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### UNOPPOSED MOTION TO EXTEND TIME

Plaintiff MavorCo Operations LLC respectfully moves this Court to extend the deadline for Defendant SharkNinja Operating LLC to answer the Complaint in this action until May 11, 2026. Defendant consents to the filing of this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

_____

Michael J. Flynn (#5333)
J. Layne Lancaster (#7616)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
mflynn@morrisnichols.com
llancaster@morrisnichols.com

*Attorneys for Plaintiff*

OF COUNSEL:

Jennifer A. Kash
Francesca M. S. Germinario
Richard Lin
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
(650) 351-7248

March 23, 2026

**SO ORDERED**, this _____ day of March, 2026.

_____
United States District Judge