IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MAVORCO OPERATIONS LLC,                )
                                       )
              Plaintiff,               )
                                       )
       v.                              )   C.A. No. 26-223 (MN)
                                       )
SHARKNINJA OPERATING LLC,              )
                                       )
              Defendant.               )

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff MavorCo Operations LLC respectfully submits this Motion for Preliminary Injunction ("Motion") to enjoin Defendant SharkNinja Operating LLC and all those persons acting or attempting to act in concert or participation with Defendant are preliminarily enjoined from making, using, selling, offering for sale, marketing, or distributing in the United States, or importing into the United States, any of its Ninja Blast portable blenders during the pendency of this litigation.

The grounds for this Motion are set forth in the accompanying Opening Brief and the supporting Declarations of Ryan Pamplin, David Meckler, Brian Zukowski, Gregory Pinsonneault, and Kenneth Wang.  A [Proposed] Order is attached.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)
J. Layne Lancaster (#7616)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
mflynn@morrisnichols.com
llancaster@morrisnichols.com

*Attorneys for Plaintiff*

OF COUNSEL:

Jennifer A. Kash
Francesca M. S. Germinario
Richard Lin
Kenneth Wang
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
(650) 351-7248

June 30, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAVORCO OPERATIONS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-223 (MN) |
| | ) | |
| SHARKNINJA OPERATING LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

AND NOW this _____ day of _____, 2026, upon consideration of Plaintiff MavorCo Operations LLC's Motion for Preliminary Injunction, the parties' briefing, and any oral argument, the Court **HEREBY ORDERS** that the Motion is **GRANTED**, and Defendant and all those persons acting or attempting to act in concert or participation with Defendant are preliminarily enjoined from making, using, selling, offering for sale, marketing, or distributing in the United States, or importing into the United States, any of its Ninja Blast portable blenders during the pendency of this litigation.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 30, 2026, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu A. Palapura, Esquire<br>Peter T. Sabini, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Brian A. Rosenthal, Esquire<br>Brian M. Buroker, Esquire<br>Jaclyn Hellreich, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| David Glandorf, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>1900 Lawrence Street, Suite 3000<br>Denver, CO 80202-2211<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| David Brzozowski, Esquire<br>Shuo Josh Zhang, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M Street, N.W.<br>Washington, D.C. 20036-4504<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)