**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MAVORCO OPERATIONS LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>SHARKNINJA OPERATING LLC,<br><br>                    Defendant. | C.A. No. 26-233 (MN) |

**DECLARATION OF KENNETH WANG IN SUPPORT OF PLAINTIFF
MAVORCO OPERATIONS LLC'S MOTION FOR PRELIMINARY INJUNCTION**

I, KENNETH K. WANG, hereby declare and state:

1.      I am an attorney-at-law in good standing in the State of California. I am an associate at the law firm of Bunsow De Mory LLP, attorneys for MavorCo Operations, LLC ("MavorCo") in the above-captioned matter. I have personal knowledge of the facts set forth herein. If called upon as a witness, I could testify to them competently under oath.

2.      On April 23, 2026, I purchased a Ninja Blast Portable Blender from Ninja's Amazon storefront at https://www.amazon.com/dp/B0C2FF4JD1 ("April 23 Sample Ninja Blast"). The listing described the unit as a "Ninja BC151BK Blast Portable Blender, Cordless, 18oz. Vessel, Personal Blender-for-Shakes & Smoothies, BPA Free, Leakproof-Lid & Sip Spout, USB-C Rechargeable, Dishwasher Safe Parts, Black." I took delivery of this purchase on April 25, 2026.

3.      I photographed the April 23 Sample Ninja Blast unit using a Sony A7RV Mirrorless Camera between May 1 and May 26, 2026.  Attached as **Exhibit A** is a true and correct copy of a compilation of those photographic images of the Ninja Blast Portable Blender and elements of the blender's packaging. I annotated certain images using Adobe Illustrator as discussed below. I also took physical measurements of certain dimensions of the Ninja Blast Portable Blender using the pictured HARDELL 6-inch caliper tool, which is accurate to ±0.02 mm. Unless otherwise noted, all caliper measurements were taken with a HARDELL 6-inch digital caliper tool, and all measurements are provided in millimeters.

4.      Using Adobe Illustrator 2026, I annotated certain dimensions in the photographic images, where measurements can be expressed in pixels. Measurements can be compared directly against one another when taken from the same image. Certain dimensions in the images were marked and/or measured using Adobe Illustrator's inbuilt line drawing tool, then assessed using

1

the measurement tool in Illustrator. Images annotated in this fashion using Illustrator are included in **Exhibit A**. For example, using the photos of the April 23 Sample Ninja Blast, the following measurements (in pixels) were obtained for the blade diameter and offset:

Blade Diameter: ~329.31px,

Offset Measurements: ~24.01px,

5% of Blade Diameter: ~16.5px,

40% of Blade Diameter: ~131.7px

Based on this data, the offset distance for the sample Ninja Blast was calculated as approximately 7.3% of the blade diameter (24.01 / 329.31 * 100), which is between 5% and 40%.

5.        Attached as **Exhibit B** is a true and correct copy of scans of the product packaging for the April 23 Sample Ninja Blast Portable Blender.

6.        Attached as **Exhibit C** is a true and correct copy of an Instruction Manual included within the package of the April 23 Sample Ninja Blast Portable Blender.

7.        Attached as **Exhibit D** is a true and correct copy of a Quick Assembly Guide that was included within the package of the April 23 Sample Ninja Blast Portable Blender.

8.        Attached as **Exhibit E** is a true and correct copy of a "Tips & tricks" insert that was included within the package of the April 23 Sample Ninja Blast Portable Blender.

9.        Attached as **Exhibit F** is a true and correct copy of BlendJet's website from 05/28/2026, available at: https://blendjet.com/products/best-of-blendjet-bundle?variant=.

10.        Attached as **Exhibit G** is a true and correct copy of SharkNinja's 03/23/2023 Press Release, from 05/28/2026 available at: ir.sharkninja.com/news/news-details/2023/New-Ninja-

2

Blast-Portable-Blender-Challenges-the-Competition-with-Powerful-Innovative-On-The-Go-Blending/default.aspx

11.    Attached as **Exhibit H** is a true and correct copy of SharkNinja's 02/13/2024 SEC filing 'Q4 FY 2023 Outlook', from 3/17/26 available at:

sec.gov/Archives/edgar/data/1957132/000195713224000003/exhibit991pressreleaseofsh.htm.

12.    Attached as **Exhibit I** is a true and correct copy of SharkNinja's Ninja Blast product page, from 05/28/2026 available at:   https://www.sharkninja.com/ninja-blast-portable-blender-black/BC151BK.html.

13.    Attached as **Exhibit J** is a true and correct copy of SharkNinja's 06/05/2025 Press Release    from    05/28/2026    available    at:    https://ir.sharkninja.com/news/news-details/2026/SharkNinja-Reports-First-Quarter-2026-Results.

14.    Attached as **Exhibit K** is a true and correct copy of a transcript of SharkNinja's Q3 2025 Earnings Call, as transcribed by financial reporter Seeking Alpha, from 05/28/2026 available at: https://seekingalpha.com/article/4839295-sharkninja-inc-sn-q3-2025-earnings-call-transcript.

15.    Attached as **Exhibit L** is a true and correct copy of an article by Scott Kirsner from Innovation Leader (InnoLead) entitled *SharkNinja CEO on Launching 25 Products a Year, and Avoiding 'Innovation Mediocrity,'* published Nov. 5, 2025, from 5/26/26 available at: https://www.innovationleader.com/topics/articles-and-content-by-topic/strategy-and-governance/sharkninja-ceo-on-launching-25-products-a-year-and-avoiding-innovation-mediocrity/.

16.    Attached as **Exhibit M** is a true and correct copy of an article by Mark Wilson from Fast Company entitled *The Secret Behind SharkNinja's Winning Products? Engineering Relays*,

3

published        03/18/2025,        from        5/26/26        available        at:

https://www.fastcompany.com/91270789/sharkninja-most-innovative-companies-2025.

17.    Attached as **Exhibit N** is a true and correct copy of an article by Alison Van Houten of Time Magazine regarding the 100 top companies as ranked by Time, published June 26, 2025, from    5/26/26    available    at:    https://time.com/collections/time100-companies-2025/7289595/sharkninja/.

18.    Attached as **Exhibit O** is a true and correct copy of a claim chart containing a mapping of publicly available SharkNinja products and information against one of the asserted claims of U.S. Patent No. 11,229,891 (the "'891 patent").

19.    Attached as **Exhibit P** is a true and correct copy of SharkNinja's 02/13/2025 SEC filing 'Q4 FY 2024 Outlook,' from 3/29/26 available at:

ir.sharkninja.com/news/news-details/2025/SharkNinja-Reports-Fourth-Quarter-and-Full-Year-2024-Results/.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 30, 2026 in Los Angeles, California.

*Kenneth Wang*

Kenneth Wang

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 30, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 30, 2026, upon the following in the manner indicated:

David E. Moore, Esquire                                         *VIA ELECTRONIC MAIL*
Bindu A. Palapura, Esquire
Peter T. Sabini, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Defendant*

Brian A. Rosenthal, Esquire                                   *VIA ELECTRONIC MAIL*
Brian M. Buroker, Esquire
Jaclyn Hellreich, Esquire
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
*Attorneys for Defendant*

David Glandorf, Esquire                                       *VIA ELECTRONIC MAIL*
GIBSON, DUNN & CRUTCHER LLP
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211
*Attorneys for Defendant*

David Brzozowski, Esquire                                     *VIA ELECTRONIC MAIL*
Shuo Josh Zhang, Esquire
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
*Attorneys for Defendant*

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)