Docusign Envelope ID: DA302864-FAFE-85C0-81EF-C7D825350E33

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MAVORCO OPERATIONS LLC,

        Plaintiff,

    v.

SHARKNINJA OPERATING LLC,

        Defendant.

C.A. No. 26-233 (MN)

**DECLARATION OF BRIAN ZUKOWSKI IN SUPPORT OF PLAINTIFF MAVORCO OPERATIONS LLC'S MOTION FOR PRELIMINARY INJUNCTION**

Docusign Envelope ID: DA302864-FAFE-85C0-81FF-C7D825350F33

I, Brian Zukowski, declare and state:

1.      I am the Senior Vice President of Operations at MavorCo Operations LLC.  I was a founding member of BlendJet, Inc. and have been with the company since its inception in 2017 through my present employment at MavorCo.  I have personal knowledge of the facts set forth herein.  If called upon as a witness, I could testify to the facts herein competently under oath.

2.      I currently oversee day-to-day business operations, including sales of our portable blenders and accessories.

3.      Throughout 2023, 2024, and 2025, BlendJet's, and later MavorCo's, engineers and designers continued work on our current and prospective next generation products that built upon the patented offset blade assembly with additional features we identified as desirable in the portable blender market. We worked with our operations team and vendor partners throughout that period, including arranging manufacturing components and molds, and consumer safety testing through 2025.

4.      After MavorCo acquired BlendJet's assets, MavorCo continued to patent our innovations in the U.S. and abroad, covering features that improve the experience of our customers.

5.      In June 2026, I retrieved sales and market data for SharkNinja's Ninja Blast and Ninja Blast Max using two commercially available analytics platforms: Jungle Scout Catalyst (junglescout.com) ("Jungle Scout") and Keepa Pro (keepa.com) ("Keepa"). Jungle Scout is a commonly used data provider in the online retail space that collects Amazon sales information, providing subscribers "AccuSales™" estimated unit sales, as well as providing Product Tracker exports from Amazon derived sources. Keepa similarly records Amazon's historical listing metadata, including sales rank, prices, review counts, 'bought in past month' badge ratings, and

Docusign Envelope ID: DA302864-FAFE-85C0-81EF-C7D825350F33

additional Amazon-specific metrics at daily granularity reaching back to mid-2023. MavorCo maintains subscriptions to these services through which I am able to access searchable data and create reports downloading such data, including regarding Amazon and other online retailer estimated sales units, product tracker exports, and other related-sales histories.

6. Due to how products are organized on Amazon, different variations of the same product (e.g., colorways), may be represented by multiple Amazon Standard Identification Numbers (ASINs). Both Jungle Scout and Keepa tracked multiple ASINs in general categories of Ninja Blast (BC151) or Ninja Blast Max (BC251). Keepa tracked 29 Blast ASINs, 11 Blast Max ASINs, and 1 Blast Max Silver standalone listing for a total of 41 ASINs. I queried and exported this data as far back as it was available for all ASINs associated with Ninja Blast (BC151) or Ninja Blast Max (BC251) available on each platform.

7. Data exported from Jungle Scout includes time-divided unit sales for the Ninja Blast and Ninja Blast Max; I did not impose any date limitations on the exports, but due to limitations in data tracking, some sales figures from Jungle Scout were only available on a 1-year lookback from the export date of June 13, 2026, whereas others consist of daily values covering the full two year lookback period available through Jungle Scout, here June 13, 2024 through June 12, 2026. The daily data in both reports were aggregated by calendar week, and 'average price' and 'average rank' are the means of the daily observations available for that week.

8. The data exported from Keepa on June 13, 2026, depicts summaries of related Amazon metadata for both the Ninja Blast and Blast Max product lines from launch to present for designated ASINs and ASIN families. "rankAvg" represents the mean daily sales rank, while "amazonPriceAvg" and "newPriceAvg" represent the mean daily price in dollars. "monthlySoldBadgeMax" represents the highest "bought in past month" badge value displayed by

2

Amazon during the month, which provides a conservative floor for the number of unique monthly buyers because Amazon rounds the displayed figure down.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 29, 2026 in San Jose, California.

Signed by:

*Brian Zukowski*

3EEB36173AD6449...

Brian Zukowski

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 30, 2026, upon the following in the manner indicated:

David E. Moore, Esquire                                   *VIA ELECTRONIC MAIL*
Bindu A. Palapura, Esquire
Peter T. Sabini, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Defendant*

Brian A. Rosenthal, Esquire                               *VIA ELECTRONIC MAIL*
Brian M. Buroker, Esquire
Jaclyn Hellreich, Esquire
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
*Attorneys for Defendant*

David Glandorf, Esquire                                   *VIA ELECTRONIC MAIL*
GIBSON, DUNN & CRUTCHER LLP
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211
*Attorneys for Defendant*

David Brzozowski, Esquire                                 *VIA ELECTRONIC MAIL*
Shuo Josh Zhang, Esquire
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
*Attorneys for Defendant*

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)