**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MAVORCO OPERATIONS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 26-223-MN |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| SHARKNINJA OPERATING LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION OF DAVID MECKLER**

**PLEASE TAKE NOTICE THAT** pursuant to Rule 30 of the Federal Rules of Civil Procedure and the agreement of the parties, Defendant SharkNinja Operating LLC, by and through its counsel, shall take the deposition upon oral examination of David Meckler at 10:00 am ET on September 2, 2026, or at such date and time as counsel may agree upon, via Zoom videoconference, and continuing day-to-day, Saturdays, Sundays, and holidays excluded, until completed. The deposition will be taken before a certified court reporter authorized to administer oaths and will be recorded by stenographic, audio, video and/or real-time computer means.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Peter T. Sabini (#7655)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
psabini@potteranderson.com

*Attorneys for Defendant SharkNinja Operating LLC*

OF COUNSEL:

Brian A. Rosenthal
Alena Farber
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 351-2339

Brian Buroker
Shuo Josh Zhang
David Brzozowzski
GIBSON, DUNN & CRUTCHER LLP
1700 M St., N.W.
Washington, DC 20036
Tel: (202) 955-8500

David Glandorf
GIBSON, DUNN & CRUTCHER LLP
1900 Lawrence Street
Suite 3000
Denver, CO 80202
Tel: (303) 298-5700

Dated: August 28, 2026
13122556 / 18991.00002