IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAVORCO OPERATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>SHARKNINJA OPERATING LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 26-223 (MN) |

**NOTICE OF LODGING OF MULTIMEDIA FILING**

PLEASE TAKE NOTICE that Plaintiff MavorCo Operations LLC, by and through its undersigned counsel, hereby causes to be lodged with the Clerk's Office for the United States District Court for the District of Delaware one (1) thumb drive containing the following multimedia materials attached to the Declaration of Daniel Maynes in Support of MavorCo's Reply Brief in Support of its Motion for a Preliminary Injunction (D.I. 74).

1. Exhibit C – 3D Scan - NinjaBlast

A copy of Exhibit C will be served on counsel of record for SharkNinja Operating LLC.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ J. Layne Lancaster*

Michael J. Flynn (#5333)
J. Layne Lancaster (#7616)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mflynn@morrisnichols.com
llancaster@morrisnichols.com

*Attorneys for Plaintiff*

OF COUNSEL:

Jennifer A. Kash
Francesca M. S. Germinario
Richard Lin
Kenneth Wang
Darrell R. Atkinson
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
(650) 351-7248

November 3, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 3, 2026, upon the following in the manner indicated:

David E. Moore, Esquire — *VIA ELECTRONIC MAIL*
Bindu A. Palapura, Esquire
Peter T. Sabini, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Attorneys for Defendant*

Brian A. Rosenthal, Esquire — *VIA ELECTRONIC MAIL*
Brian M. Buroker, Esquire
Alena Farber, Esquire
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
*Attorneys for Defendant*

David Glandorf, Esquire — *VIA ELECTRONIC MAIL*
GIBSON, DUNN & CRUTCHER LLP
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211
*Attorneys for Defendant*

David Brzozowski, Esquire — *VIA ELECTRONIC MAIL*
Shuo Josh Zhang, Esquire
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
*Attorneys for Defendant*

*/s/ J. Layne Lancaster*

J. Layne Lancaster (#7616)