**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MAVORCO OPERATIONS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 26-223-MN |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| SHARKNINJA OPERATING LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT SHARKNINJA OPERATING LLC'S**
**NOTICE OF SUBSEQUENT DEVELOPMENT**

Pursuant to D. Del. LR 7.1.2(b), SharkNinja Operating LLC ("SharkNinja") submits this Notice of Subsequent Development that the United States Patent and Trademark Office ("USPTO") has instituted SharkNinja's *Ex Parte* Reexamination with respect to U.S. Patent No. 11,229,891 ("the '891 patent"). The '891 patent is one of the patents-in-suit (D.I. 17), and a subject of Plaintiff's Motion for Preliminary Injunction (D.I. 20, 21). Attached as Exhibit A hereto is a copy of the USPTO's institution decision. The USPTO has instituted review of all challenged claims (1-18, 20) on all of SharkNinja's substantial new questions of patentability.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Peter T. Sabini (#7655)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
psabini@potteranderson.com

*Attorneys for Defendant SharkNinja Operating LLC*

OF COUNSEL:

Brian A. Rosenthal
Alena Farber
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 351-2339

Brian Buroker
Shuo Josh Zhang
David Brzozowski
GIBSON, DUNN & CRUTCHER LLP
1700 M St., N.W.
Washington, DC 20036
Tel: (202) 955-8500

David Glandorf
GIBSON, DUNN & CRUTCHER LLP
1900 Lawrence Street
Suite 3000
Denver, CO 80202
Tel: (303) 298-5700

Dated: November 4, 2026
15017988 / 18991.00002